AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501–6832** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
  **U.S. ATTORNEY GENERAL**
  **950 PENNSYLVANIA AVENUE, N.W.**
  **WASHINGTON, D.C. 20530–0001**
  at *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                              *Server's signature*

                                                      _____
                                                              *Printed name and title*

                                                      _____
                                                              *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Xavier Becerra**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/27/2023__          __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Xavier Becerra** was received by me on *(date)*_____.

- I personally served the summons on **Xavier Becerra** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Joseph R Biden**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joseph R Biden** was received by me on *(date)*_____.

- I personally served the summons on **Joseph R Biden** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                    _____
                                                                    *Printed name and title*

                                                    _____
                                                                    *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al.<br>Plaintiff<br>v.<br><br>JOSEPH R BIDEN, JR , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:23–CV–00381–TAD–KDM<br>) Judge Terry A Doughty<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Jr**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    3/27/2023     ___/s/ – Tony R. Moore___

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jr** was received by me on *(date)*_____.

- I personally served the summons on **Jr** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                              *Server's signature*

                                                                      _____
                                                                              *Printed name and title*

                                                                      _____
                                                                              *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al.<br>Plaintiff<br>v.<br>JOSEPH R BIDEN, JR , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:23–CV–00381–TAD–KDM<br>) Judge Terry A Doughty<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Yolanda Byrd**

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           **Glynn Shelly Maturin II**
           **Law Office of G Shelly Maturin**
           **322 Heymann Blvd Ste 1**
           **Lafayette, LA 70503**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                       /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Yolanda Byrd** was received by me on *(date)*_____.

- I personally served the summons on **Yolanda Byrd** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Census Bureau**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023           /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Census Bureau** was received by me on
*(date)*_____.

- I personally served the summons on **U S Census Bureau** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Elvis M Chan**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023   

   /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Elvis M Chan** was received by me on *(date)*_____.

- I personally served the summons on **Elvis M Chan** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                          *Server's signature*

                                                   _____
                                                          *Printed name and title*

                                                   _____
                                                          *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Christy Choi**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Christy Choi** was received by me on *(date)*_____.

- I personally served the summons on **Christy Choi** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                       *Server's signature*

                                                       _____
                                                       *Printed name and title*

                                                       _____
                                                       *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Commerce**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                                          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Commerce** was received by me on
*(date)*_____.

- I personally served the summons on **U S Dept of Commerce** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Carol Crawford**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/27/2023__                                   __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Carol Crawford** was received by me on
*(date)*_____.

- I personally served the summons on **Carol Crawford** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                   _____
                                                                *Server's signature*

                                                                _____
                                                                *Printed name and title*

                                                                _____
                                                                *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff <br> v. <br><br> JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:23–CV–00381–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Cybersecurity & Infrastructure Security Agency**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023            /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Cybersecurity & Infrastructure Security Agency** was received by me on
*(date)*_____.

- I personally served the summons on **Cybersecurity & Infrastructure Security Agency** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Laura Dehmlow**

      A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                        /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Laura Dehmlow** was received by me on
*(date)*_____.

- I personally served the summons on **Laura Dehmlow** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                   *Server's signature*

                                               _____
                                                   *Printed name and title*

                                               _____
                                                   *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Jay Dempsey**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

   /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jay Dempsey** was received by me on *(date)*_____.

- I personally served the summons on **Jay Dempsey** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ROBERT F KENNEDY, JR, et al.                )
      Plaintiff                                            )
           v.                                          ) Civil Action No. 3:23–CV–00381–TAD–KDM
                                                  ) Judge Terry A Doughty
JOSEPH R BIDEN, JR , et al.                )
      Defendant                                          )

### SUMMONS IN A CIVIL ACTION

To:
**Centers for Disease Control & Prevention**

      A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        **Glynn Shelly Maturin II**
                        **Law Office of G Shelly Maturin**
                        **322 Heymann Blvd Ste 1**
                        **Lafayette, LA 70503**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                                    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Centers for Disease Control & Prevention** was received by me on
*(date)*_____.

- I personally served the summons on **Centers for Disease Control & Prevention** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                              *Server's signature*

                                                                              _____
                                                                              *Printed name and title*

                                                                              _____
                                                                              *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff <br> v. <br><br> JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:23–CV–00381–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To:
**Jen Easterly**

        A lawsuit has been filed against you.

        Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

        If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



                                                        *CLERK OF COURT*

Date:   3/27/2023                                        /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jen Easterly** was received by me on *(date)*_____.

- I personally served the summons on **Jen Easterly** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Election Assistance Commission**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023        /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Election Assistance Commission** was received by me on *(date)*_____.

- I personally served the summons on **U S Election Assistance Commission** at *(place)*_____  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Anthony Fauci**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) —–
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Anthony Fauci** was received by me on *(date)*_____.

- I personally served the summons on **Anthony Fauci** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ROBERT F KENNEDY, JR, et al.    )
    Plaintiff    )
    v.    ) Civil Action No. 3:23–CV–00381–TAD–KDM
    ) Judge Terry A Doughty
JOSEPH R BIDEN, JR , et al.    )
    Defendant    )

### SUMMONS IN A CIVIL ACTION

To:
**Federal Bureau of Investigation**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Federal Bureau of Investigation** was received by me on
*(date)*_____.

- I personally served the summons on **Federal Bureau of Investigation** at
  *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's signature*

                                                 _____
                                                        *Printed name and title*


                                                 _____
                                                        *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Rob Flaherty**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      ___/s/ – Tony R. Moore___

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Rob Flaherty** was received by me on *(date)*_____.

- I personally served the summons on **Rob Flaherty** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                   _____
                                                        *Server's signature*

                                              _____
                                                        *Printed name and title*

                                              _____
                                                        *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Food & Drug Administration**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Food & Drug Administration** was received by me on
*(date)*_____.

- I personally served the summons on **U S Food & Drug Administration** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                    *Server's signature*

                                          _____
                                                    *Printed name and title*

                                          _____
                                                    *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Alexis Frisbie**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Alexis Frisbie** was received by me on *(date)*_____.

- I personally served the summons on **Alexis Frisbie** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                    *Server's signature*

                                            _____
                                                    *Printed name and title*

                                            _____
                                                    *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Kristin Galemore**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kristin Galemore** was received by me on
*(date)*_____.

- I personally served the summons on **Kristin Galemore** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Global Engagement Center**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Global Engagement Center** was received by me on
*(date)*_____.

- I personally served the summons on **Global Engagement Center** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff <br> v. <br><br> JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:23–CV–00381–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Geoffery Hale**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Geoffery Hale** was received by me on *(date)*_____.

- I personally served the summons on **Geoffery Hale** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff | ) <br> ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Health & Human Services**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Health & Human Services** was received by me on
*(date)*_____.

- I personally served the summons on **U S Dept of Health & Human Services** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ROBERT F KENNEDY, JR, et al.        )
　　　　Plaintiff                        )
　　　　　　　v.                          ) Civil Action No. 3:23–CV–00381–TAD–KDM
　　　　　　　　　　　　　　　　　　　　　) Judge Terry A Doughty
JOSEPH R BIDEN, JR , et al.          )
　　　　Defendant                        )

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Homeland Security**

　　　　A lawsuit has been filed against you.

　　　　Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

　　　　If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:　　3/27/2023　　　　　　　　　　　　　　　/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **U S Dept of Homeland Security** was received by me on
*(date)*_____.

- I personally served the summons on **U S Dept of Homeland Security** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                              *Server's signature*

                                       _____
                                             *Printed name and title*


                                       _____
                                              *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Mina Hsiang**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mina Hsiang** was received by me on *(date)*_____.

- I personally served the summons on **Mina Hsiang** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Clarke Humphrey**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023     /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Clarke Humphrey** was received by me on
*(date)*_____.

- I personally served the summons on **Clarke Humphrey** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Nina Jankowicz**

      A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023           /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Nina Jankowicz** was received by me on
*(date)*_____.

- I personally served the summons on **Nina Jankowicz** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Karine Jean–Pierre**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/27/2023__                    __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Karine Jean–Pierre** was received by me on
*(date)*_____.

- I personally served the summons on **Karine Jean–Pierre** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ROBERT F KENNEDY, JR, et al.     )
<br>Plaintiff     )
<br>v.     ) Civil Action No. 3:23–CV–00381–TAD–KDM
<br>) Judge Terry A Doughty
<br>JOSEPH R BIDEN, JR , et al.     )
<br>Defendant     )

## SUMMONS IN A CIVIL ACTION

To:
**Erica Jefferson**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                                 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Erica Jefferson** was received by me on *(date)*_____.

- I personally served the summons on **Erica Jefferson** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ _____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Justice**

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Justice** was received by me on *(date)*_____.

- I personally served the summons on **U S Dept of Justice** at *(place)*_____  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Brad Kimberly**

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                                  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Brad Kimberly** was received by me on *(date)*_____.

- I personally served the summons on **Brad Kimberly** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                 _____
                                                              *Printed name and title*

                                                 _____
                                                              *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff <br> v. <br><br> JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:23–CV–00381–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To:
**Daniel Kimmage**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Daniel Kimmage** was received by me on
*(date)*_____.

- I personally served the summons on **Daniel Kimmage** at
  *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                             *Server's signature*

                                                   _____
                                                             *Printed name and title*

                                                   _____
                                                             *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ROBERT F KENNEDY, JR, et al.  )
Plaintiff  )
v.  ) Civil Action No. 3:23–CV–00381–TAD–KDM
  ) Judge Terry A Doughty
JOSEPH R BIDEN, JR , et al.  )
Defendant  )

## SUMMONS IN A CIVIL ACTION

To:
**Tericka Lambert**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023       /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Tericka Lambert** was received by me on
*(date)*_____.

- I personally served the summons on **Tericka Lambert** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Matthew Masterson**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Matthew Masterson** was received by me on
*(date)*_____.

- • I personally served the summons on **Matthew Masterson** at
   *(place)*_____ _____ on
   *(date)*_____; or

- • I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ _____ , a person of suitable age and discretion
   who resides there, on *(date)* _____ , and mailed a copy to the individual's
   last known address; or

- • I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ _____ on *(date)*
   _____; or

- • I returned the summons unexecuted because _____
   _____; or

- • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Alejandro Mayorkas**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023    

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Alejandro Mayorkas** was received by me on
*(date)*_____.

- I personally served the summons on **Alejandro Mayorkas** at
  *(place)*_____  _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff | ) <br> ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM <br> ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Gina McCarthy**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Gina McCarthy** was received by me on
*(date)*_____.

- I personally served the summons on **Gina McCarthy** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Lorena Molina–Irizarry**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Lorena Molina–Irizarry** was received by me on
*(date)*_____.

- I personally served the summons on **Lorena Molina–Irizarry** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____     _____
                                                             *Server's signature*

                                                   _____
                                                             *Printed name and title*

                                                   _____
                                                             *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Janell Muhammad**

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Janell Muhammad** was received by me on
*(date)*_____.

- I personally served the summons on **Janell Muhammad** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Michael Murray**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Michael Murray** was received by me on
*(date)*_____.

- I personally served the summons on **Michael Murray** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                              *Server's signature*

                                                         _____
                                                              *Printed name and title*

                                                         _____
                                                              *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Vivek H Murthy**

     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 **Glynn Shelly Maturin II**
                 **Law Office of G Shelly Maturin**
                 **322 Heymann Blvd Ste 1**
                 **Lafayette, LA 70503**

     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __3/27/2023__                                  __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Vivek H Murthy** was received by me on
*(date)*_____.

- I personally served the summons on **Vivek H Murthy** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                                                    *Server's signature*

                                                                              _____
                                                                                    *Printed name and title*

                                                                              _____
                                                                                    *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Kristen Muthig**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023   

  /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kristen Muthig** was received by me on *(date)*_____.

- I personally served the summons on **Kristen Muthig** at
   *(place)*_____ _____ on
   *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ _____ , a person of suitable age and discretion
   who resides there, on *(date)* _____ , and mailed a copy to the individual's
   last known address; or

- I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ _____ on *(date)*
   _____; or

- I returned the summons unexecuted because _____
   _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**National Institute of Allergy & Infectious Diseases**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

   /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **National Institute of Allergy & Infectious Diseases** was received by me on *(date)*_____.

- I personally served the summons on **National Institute of Allergy & Infectious Diseases** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Joshua Peck**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023    

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joshua Peck** was received by me on *(date)*_____.

- I personally served the summons on **Joshua Peck** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ROBERT F KENNEDY, JR, et al.     )
Plaintiff               )
v.            ) Civil Action No. 3:23–CV–00381–TAD–KDM
                ) Judge Terry A Doughty
JOSEPH R BIDEN, JR , et al.      )
Defendant         )

## SUMMONS IN A CIVIL ACTION

To:
**Lauren Protentis**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Glynn Shelly Maturin II**
        **Law Office of G Shelly Maturin**
        **322 Heymann Blvd Ste 1**
        **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                         /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Lauren Protentis** was received by me on
*(date)*_____.

- I personally served the summons on **Lauren Protentis** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al.<br><span style="font-size:smaller">Plaintiff</span> | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al.<br><span style="font-size:smaller">Defendant</span> | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Dana Remus**


     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          **Glynn Shelly Maturin II**
          **Law Office of G Shelly Maturin**
          **322 Heymann Blvd Ste 1**
          **Lafayette, LA 70503**


     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  3/27/2023                             /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Dana Remus** was received by me on *(date)*_____.

- I personally served the summons on **Dana Remus** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Mark A Robbins**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023            /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Mark A Robbins** was received by me on
*(date)*_____.

- I personally served the summons on **Mark A Robbins** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

<table>
<tr><td>ROBERT F KENNEDY, JR, et al.<br><span>Plaintiff</span></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No. 3:23–CV–00381–TAD–KDM<br>Judge Terry A Doughty</td></tr>
<tr><td>JOSEPH R BIDEN, JR , et al.<br><span>Defendant</span></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
**Laura Rosenberger**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Laura Rosenberger** was received by me on
*(date)*_____.

- I personally served the summons on **Laura Rosenberger** at
*(place)*_____ _____ on
*(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion
who resides there, on *(date)* _____ , and mailed a copy to the individual's
last known address; or

- I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ _____ on *(date)*
_____; or

- I returned the summons unexecuted because _____
_____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff <br> v. <br><br> JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:23–CV–00381–TAD–KDM <br> ) Judge Terry A Doughty <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Courtney Rowe**


     A lawsuit has been filed against you.

     Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**


     If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Courtney Rowe** was received by me on *(date)*_____.

- I personally served the summons on **Courtney Rowe** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**Henry Schwartz**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023          /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Henry Schwartz** was received by me on
*(date)*_____.

- • I personally served the summons on **Henry Schwartz** at
  *(place)*_____ _____ on
  *(date)*_____; or

- • I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- • I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- • I returned the summons unexecuted because _____
  _____; or

- • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff | ) <br> ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:
**Brian Scully**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

_/s/ – Tony R. Moore_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Brian Scully** was received by me on *(date)*_____.

- I personally served the summons on **Brian Scully** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                   _____
                                              *Printed name and title*

                                   _____
                                              *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

ROBERT F KENNEDY, JR, et al.    )
<br>Plaintiff                  )
<br>v.              )  Civil Action No. 3:23–CV–00381–TAD–KDM
<br>                        )  Judge Terry A Doughty
<br>JOSEPH R BIDEN, JR , et al.    )
<br>Defendant         )

## SUMMONS IN A CIVIL ACTION

To:
**Aisha Shah**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                              /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Aisha Shah** was received by me on *(date)*_____.

- I personally served the summons on **Aisha Shah** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Jennifer Shopkorn**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jennifer Shopkorn** was received by me on
*(date)*_____.

- I personally served the summons on **Jennifer Shopkorn** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al. <br> Plaintiff | ) <br> ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. <br> Defendant | ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To:
**Robert Silvers**


    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**


    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*CLERK OF COURT*

Date:   3/27/2023                               /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robert Silvers** was received by me on *(date)*_____.

- I personally served the summons on **Robert Silvers** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                 _____
                                                       *Printed name and title*

                                                 _____
                                                         *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

<table>
<tr><td>ROBERT F KENNEDY, JR, et al.<br>Plaintiff</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 3:23–CV–00381–TAD–KDM</td></tr>
<tr><td></td><td>)</td><td>Judge Terry A Doughty</td></tr>
<tr><td>JOSEPH R BIDEN, JR , et al.<br>Defendant</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
**Andrew Slavitt**

        A lawsuit has been filed against you.

        Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

        If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                                      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Andrew Slavitt** was received by me on *(date)*_____.

- I personally served the summons on **Andrew Slavitt** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                                   *Server's signature*

                                                           _____
                                                                   *Printed name and title*

                                                           _____
                                                                   *Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Allison Snell**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) —– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Allison Snell** was received by me on *(date)*_____.

- I personally served the summons on **Allison Snell** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                 _____
                                                         *Printed name and title*

                                                 _____
                                                            *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

<table>
<tr><td>ROBERT F KENNEDY, JR, et al.<br>Plaintiff</td><td>)<br>)</td></tr>
<tr><td>v.</td><td>) Civil Action No. 3:23–CV–00381–TAD–KDM</td></tr>
<tr><td></td><td>) Judge Terry A Doughty</td></tr>
<tr><td>JOSEPH R BIDEN, JR , et al.<br>Defendant</td><td>)<br>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
**U S Dept of State**

        A lawsuit has been filed against you.

        Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

        If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023        /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of State** was received by me on
*(date)*_____.

- I personally served the summons on **U S Dept of State** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*

                                                                    _____
                                                                    *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |
|---|---|
| ROBERT F KENNEDY, JR, et al.<br>Plaintiff<br>v.<br><br>JOSEPH R BIDEN, JR , et al.<br>Defendant | )<br>)<br>) Civil Action No. 3:23–CV–00381–TAD–KDM<br>) Judge Terry A Doughty<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Samaruddin K Stewart**

      A lawsuit has been filed against you.

      Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                **Glynn Shelly Maturin II**
                **Law Office of G Shelly Maturin**
                **322 Heymann Blvd Ste 1**
                **Lafayette, LA 70503**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023

      /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Samaruddin K Stewart** was received by me on
*(date)*_____.

- I personally served the summons on **Samaruddin K Stewart** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Dept of Treasury**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023     /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Treasury** was received by me on
*(date)*_____.

- I personally served the summons on **U S Dept of Treasury** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Samantha Vinograd**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) ––
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer
to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023     /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Samantha Vinograd** was received by me on
*(date)*_____.

- I personally served the summons on **Samantha Vinograd** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

|  |  |  |
|---|---|---|
| ROBERT F KENNEDY, JR, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:23–CV–00381–TAD–KDM |
|  | ) | Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Benjamin Wakana**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023                                    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM

**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Benjamin Wakana** was received by me on
*(date)*_____.

- I personally served the summons on **Benjamin Wakana** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*



Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | ) |
| <span style="font-size:smaller">Plaintiff</span> | ) |
| v. | ) Civil Action No. 3:23–CV–00381–TAD–KDM |
| | ) Judge Terry A Doughty |
| JOSEPH R BIDEN, JR , et al. | ) |
| <span style="font-size:smaller">Defendant</span> | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Eric Waldo**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   3/27/2023    

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00381–TAD–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Eric Waldo** was received by me on *(date)*_____.

- I personally served the summons on **Eric Waldo** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                    *Server's signature*

                                                   _____
                                                    *Printed name and title*

                                                   _____
                                                    *Server's address*

Additional information regarding attemped service,
etc: