# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ROBERT F KENNEDY, JR, et al. | NO. 3:23–CV–00381–TAD–KDM |
| VERSUS | JUDGE TERRY A DOUGHTY |
| JOSEPH R BIDEN, JR , et al. | MAGISTRATE JUDGE KAYLA D MCCLUSKY |

## 2nd NOTICE REGARDING CORPORATE DISCLOSURE

The Clerk previously issued a Notice requesting a Corporate Disclosure be filed. As of this date, nothing has been filed. Therefore,

IT IS ORDERED that Glynn Shelly Maturin II, counsel for Childrens Health Defense file a written response to show cause by 4/25/2023 why they should not be subject to further action by the court for failing to comply with the previous notice. Counsel may immediately file a corporate disclosure statement in lieu of a response to this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  April 11, 2023.

TONY R. MOORE
CLERK OF COURT