UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT F. KENNEDY, JR. ET AL.** | **CIVIL ACTION NO. 3:23-cv-00381** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN ET AL.** | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 4, Plaintiffs hereby show by the attached Affidavits that the Summons and Complaint in the above captioned matter were sent via certified mail on March 31, 2023 to the following defendants and that the tracking information on the U.S. Postal website (www.usps.com) indicates that the following defendants received the Summons and Complaint on the dates noted:

| DEFENDANTS | DATE SUMMONS AND COMPLAINT RECEIVED PER U.S. POSTAL WEBSITE |
|---|---|
| Centers for Disease Control and Prevention | April 4, 2023 |
| Cybersecurity and Infrastructure Security Agency | April 3, 2023 |
| U.S. Department of Homeland Security | April 3, 2023 |
| Federal Bureau of Investigation | April 3, 2023 |
| National Institute of Allergy and Infectious Disease | April 5, 2023 |
| President, Joseph R. Biden, Jr. | April 10, 2023 |
| U.S. Attorney for Western District of Louisiana | April 3, 2023 |

| U.S. Attorney General | April 6, 2023 |
| --- | --- |
| U.S. Department of Commerce | April 10, 2023 |
| U.S. Department of Health & Human Services | April 4, 2023 |
| U.S. Department of Justice | April 3, 2023 |
| U.S. Department of State | April 3, 2023 |
| U.S. Department of Treasury | April 3, 2023 |
| U.S. Surgeon General | April 3, 2023 |

Plaintiffs certify that supporting affidavits of service as discussed above will be filed upon receipt of the service green cards.

/S/ G. Shelly Maturin, II

_____
G. SHELLY MATURIN, II
(La. Bar # 26994)
Maturin Law
322 Heymann Blvd., Suite 1
Lafayette, LA 70503
Telephone: (337) 362-3514
E-mail: shelly@maturinlaw.com

Attorney for
ROBERT F. KENNEDY, JR.
CHILDREN'S HEALTH DEFENSE
CONNIE SOMPAGNARO
Plaintiffs in *Kennedy v. Biden*,
No. 3:23-cv-00381

JED RUBENFELD
(NY Bar # 2214104)
(pro hac vice forthcoming)
1031 Forest Rd.
New Haven CT 06515
Tel.:203-432-7631
E-mail: jed.rubenfeld@yale.edu