# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Western District of Louisiana

**Robert F. Kennedy, Jr., et al**

    Plaintiff(s),

VS.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515



*294414*

**Case Number: 3:23-cv-00381-TAD-KDM**

Legal documents received by Same Day Process Service, Inc. on **03/30/2023** at **2:05 PM** to be served upon **Centers for Disease Control and Prevention at 1600 Clifton Rd., Atlanta, GA 30333**

I, **Cora Heishman**, swear and affirm that on **March 31, 2023** at **4:19 PM**, I did the following:

Served **Centers for Disease Control and Prevention** by delivering a conformed copy of the **Summons in a Civil Action; Complaint by Certified Mailing to Centers for Disease Control and Prevention** at **1600 Clifton Rd., Atlanta, GA 30333**.

**Supplemental Data Appropriate to this Service:** On 03/31/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719216 to the address of: 1600 Clifton Rd., Atlanta, GA 30333. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:294414

