# AFFIDAVIT OF PROCESS SERVER

## In the United States District Court for the Western District of Louisiana

**Robert F. Kennedy, Jr., et al**

    Plaintiff(s),

VS.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515


*294418*

**Case Number: 3:23-cv-00381-TAD-KDM**

Legal documents received by Same Day Process Service, Inc. on **03/30/2023** at **2:10 PM** to be served upon **Cybersecurity and Infrastructure Security Agency at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485**

I, **Cora Heishman**, swear and affirm that on **March 31, 2023** at **2:29 PM**, I did the following:

Served **Cybersecurity and Infrastructure Security Agency** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** by Certified Mailing to Cybersecurity and Infrastructure Security Agency at Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave., SE , Washington, DC 20528-0485.

**Supplemental Data Appropriate to this Service:** On 03/31/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70203160000174826876 to the address of: 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Cora Heishman
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:294418

