## AFFIDAVIT OF PROCESS SERVER

### In the United States District Court for the Western District of Louisiana

**Robert F. Kennedy, Jr., et al**

Plaintiff(s),

VS.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515


**\*294413\***

Case Number: **3:23-cv-00381-TAD-KDM**

Legal documents received by Same Day Process Service, Inc. on **03/30/2023** at **2:03 PM** to be served upon **National Institute of Allergy and Infectious Diseases at 5601 Fishers Lane, MSC 9806, Bethesda, MD 20892-9806**

I, **Cora Heishman**, swear and affirm that on **March 31, 2023** at **4:19 PM**, I did the following:

Served **National Institute of Allergy and Infectious Diseases** by delivering a conformed copy of the **Summons in a Civil Action; Complaint     by Certified Mailing to     'National Institute of Allergy and Infectious Diseases** at **5601 Fishers Lane, MSC 9806 , Bethesda, MD 20892-9806**.

**Supplemental Data Appropriate to this Service:** On 03/31/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719223 to the address of: 5601 Fishers Lane, MSC 9806, Bethesda, MD 20892-9806. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:294413

