# AFFIDAVIT OF PROCESS SERVER

## In the United States District Court for the Western District of Louisiana

**Robert F. Kennedy, Jr., et al**

    Plaintiff(s),

VS.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

    Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515



*294411*

**Case Number: 3:23-cv-00381-TAD-KDM**

Legal documents received by Same Day Process Service, Inc. on **03/30/2023** at **1:59 PM** to be served upon **U.S. Attorney General - ATTN: Civil Process Clerk at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 31, 2023** at **4:19 PM**, I did the following:

Served **U.S. Attorney General - ATTN: Civil Process Clerk** by delivering a conformed copy of the **Summons in a Civil Action; Complaint    by Certified Mailing to**    `U.S. Attorney General - ATTN: Civil Process Clerk** at **950 Pennsylvania Ave., NW , Washington, DC 20530-0001**.

**Supplemental Data Appropriate to this Service:** On 03/31/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70203160000174826791 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:294411

