## AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Western District of Louisiana

**Robert F. Kennedy, Jr., et al**

        Plaintiff(s),

VS.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

        Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515


*294412*

Case Number: 3:23-cv-00381-TAD-KDM

Legal documents received by Same Day Process Service, Inc. on **03/30/2023** at **2:00 PM** to be served upon **Vivek H. Murthy, in his official as Surgeon General of the United States** at Office of the Surgeon General, U.S. Department of Health and Human Services, 200 Independence Ave., SW, Humphrey Bldg, Suite 701H, Washington, DC 20201

I, **Cora Heishman**, swear and affirm that on **March 31, 2023** at **4:19 PM**, I did the following:

Served **Vivek H. Murthy, in his official as Surgeon General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** by Certified Mailing to **Vivek H. Murthy, in his official as Surgeon General of the United States** at Office of the Surgeon General, U.S. Department of Health and Human Services, 200 Independence Ave., SW, Humphrey Bldg, Suite 701H, Washington, DC 20201.

**Supplemental Data Appropriate to this Service:** On 03/31/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70203160000174826777 to the address of: 200 Independence Ave., SW, Humphrey Bldg, Suite 701H, Washington, DC 20201. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Cora Heishman
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:294412

