**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ROBERT F. KENNEDY, JR. ET AL.**          **CIVIL ACTION NO. 3:23-cv-00381**


**VERSUS**                                 **JUDGE:  TERRY A. DOUGHTY**


**JOSEPH R. BIDEN ET AL.**                 **MAG. JUDGE: KAYLA D. MCCLUSKY**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR PRELIMINARY INJUNCTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


**Notice of Motion**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 65, Plaintiffs hereby MOVE

FOR A PRELIMINARY INJUNCTION.

**Relief Requested**

The relief requested is a preliminary injunction as specified further herein.

**Return Date**

Plaintiffs are mindful that a parallel preliminary injunction motion is pending in *Missouri*

*v. Biden*, No. 3:22-cv-01213 (W.D. La.), that the Court has deferred ruling on consolidating the

two cases, and that judicial resources are limited.  Accordingly, in this Motion, Plaintiffs seek no

new discovery and submit no new evidence, but solely: (1) propose a ***narrower preliminary***

***injunction*** than that asked for in *Missouri*; and (2) ***clarify the applicable law***.  Because this

Motion is intended to assist the Court while imposing little or no additional burden on any party,

Plaintiffs respectfully ask that it be heard on May 26, the same hearing date set for the parallel

motion in *Missouri*.


/S/ G. Shelly Maturin, II

_____

G. SHELLY MATURIN, II
(La. Bar # 26994)
Maturin Law
322 Heymann Blvd., Suite 1
Lafayette, LA 70503
Telephone: (337) 362-3514
E-mail: shelly@maturinlaw.com

Attorney for
ROBERT F. KENNEDY, JR.
CHILDREN'S HEALTH DEFENSE
CONNIE SOMPAGNARO
Plaintiffs in *Kennedy v. Biden*,
No. 3:23-cv-00381

JED RUBENFELD
(NY Bar # 2214104)
(pro hac vice forthcoming)
1031 Forest Rd.
New Haven CT 06515
Tel.:203-432-7631
E-mail: jed.rubenfeld@yale.edu

2