MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT COURT JUDGE
April 12, 2023

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | **CASE NO. 3:23-CV-00381** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On April 12, 2023, Plaintiffs filed a Motion for Preliminary Injunction [Doc. No. 6]. Due to the currently stayed Motion to Consolidate the instant case with *Missouri et al. v. Biden et al.*, Case No. 3:22-cv-1213 and upcoming hearing on the Motion for Preliminary Injunction, the Court is setting an extended response deadline. Defendants shall file their response to Plaintiffs' Motion for Preliminary Injunction on or before June 20, 2023. Plaintiffs may file a reply within 15 days after the response is filed.

TAD

*TAD*