**AMENDED MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT COURT JUDGE**
**April 12, 2023**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | **CASE NO. 3:23-CV-00381** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On April 12, 2023, Plaintiffs filed a Motion for Preliminary Injunction [Doc. No. 6]. Due to the currently stayed Motion to Consolidate the instant case with *Missouri et al. v. Biden et al.*, Case No. 3:22-cv-1213 and upcoming hearing on the Motion for Preliminary Injunction, the Court will set an extended response deadline. However, Plaintiffs are to promptly serve Defendants with the Motion for Preliminary Injunction [Doc. No. 6] and file proof of service in the record. Plaintiffs shall provide the Court with notice of service, and response deadlines will be set thereafter.

The April 12, 2023, Minute Entry [Doc. No. 7] is hereby **VACATED**.

TAD

*TAD*