AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| ROBERT F. KENNEDY, JR. et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-00381 |
| JOSEPH R. BIDEN, JR et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS.

Date:   04/18/2023

/s/JOSHUA E. GARNDER
*Attorney's signature*

JOSHUA E, GARDNER (FL Bar No. 302820)
*Printed name and bar number*

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
P.O. Box 883, Washington, D.C. 20044

*Address*

Joshua.E.Gardner@usdoj.gov
*E-mail address*

(202) 305-7583
*Telephone number*

(202) 616-8470
*FAX number*