UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT F. KENNEDY, JR. ET AL.** | **CIVIL ACTION NO. 3:23-cv-00381** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN ET AL.** | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SERVICE OF PRELIMINARY INJUNCTION MOTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE TAKE NOTICE that, in response to the Court's Amended Minute Entry of April 12, 2023 (Doc. No. 8) in the above-captioned matter, Plaintiffs hereby notify the Court that on the same date Plaintiffs filed their Motion for Preliminary Injunction (Doc. No. 6) – i.e., April 12, 2023 – Plaintiffs also served that motion on all Defendants by emailing a copy of it to Kyla M. Snow, the responsible attorney at the Department of Justice (DOJ), which represents all Defendants in this action.  On April 18, 2023, the DOJ, through attorney Joshua E. Gardner, filed a Notice of Appearance of Counsel on behalf of all Defendants in the above referenced matter (Doc. No. 9).  Out of an abundance of caution, Plaintiffs have this date, April 19, 2023, again served all Defendants with the Motion for Preliminary Injunction, via e-mail through Mr. Gardner as counsel for all Defendants.

Respectfully submitted,

*/S/ G. Shelly Maturin, II*

_____
G. SHELLY MATURIN, II
(La. Bar # 26994)
Maturin Law
322 Heymann Blvd., Suite 1
Lafayette, LA 70503
Telephone: (337) 362-3514
E-mail: shelly@maturinlaw.com

Attorney for
ROBERT F. KENNEDY, JR.
CHILDREN'S HEALTH DEFENSE
CONNIE SOMPAGNARO
Plaintiffs in *Kennedy v. Biden*,
No. 3:23-cv-00381

JED RUBENFELD
(NY Bar # 2214104)
(pro hac vice forthcoming)
1031 Forest Rd.
New Haven CT 06515
Tel.:203-432-7631
E-mail: jed.rubenfeld@yale.edu