**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ROBERT F. KENNEDY, JR. ET AL.**          **CIVIL ACTION NO. 3:23-cv-00381**


**VERSUS**                                  **JUDGE:  TERRY A. DOUGHTY**


**JOSEPH R. BIDEN ET AL.**                  **MAG. JUDGE: KAYLA D. MCCLUSKY**


**************************************************************************

**CERTIFICATE OF SERVICE FOR MOTION FOR PRELIMINARY INJUNCTION**

**************************************************************************


        This is to certify: (1) that a copy of the Motion for Preliminary Injunction in the above

and foregoing was served on the responsible attorney at the Department of Justice (DOJ), Ms.

Kyla M. Snow via e-mail on April 12, 2023; and (2)  the Motion for Preliminary Injunction in

the above and foregoing was served on served on all known counsel of record via electronic

transmission, facsimile, e-mail and/or by U.S. mail on this 19TH  day of April, 2023.



                                        /s/ G. Shelly Maturin, II
                        _____
                                        G. SHELLY MATURIN, II