AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | |
|---|---|
| ROBERT F. KENNEDY, JR., et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-00381 |
| JOSEPH R. BIDEN, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS                                                                                                     .

Date:    06/05/2023                                                         /s/ Alexander W. Resar
                                                                                            *Attorney's signature*

                                                                               Alexander W. Resar (NY Bar No. 5636337)
                                                                                      *Printed name and bar number*
                                                                          U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
                                                                                       FEDERAL PROGRAMS BRANCH
                                                                              1100 L. Street NW, Washington, D.C. 20005

                                                                                                  *Address*

                                                                                       alexander.w.resar@usdoj.gov
                                                                                               *E-mail address*

                                                                                               (202) 616-8188
                                                                                             *Telephone number*

                                                                                               (202) 616-8460
                                                                                                *FAX number*