AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| ROBERT F. KENNEDY, JR., et al, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-00381 |
| JOSEPH R. BIDEN, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS.

Date: 06/05/2023

/s/ Catherine M. Yang
*Attorney's signature*

Catherine M. Yang (NY Bar No. 5319736)
*Printed name and bar number*

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
1100 L Street NW, Washington, D.C. 20005

*Address*

catherine.m.yang@usdoj.gov
*E-mail address*

(202) 514-4336
*Telephone number*

(202) 616-8460
*FAX number*