IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. KENNEDY, Jr., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, et al.,<br><br>　　Defendants. | Case No. 3:23-cv-00381-TAD |

**ORDER**

Considering the foregoing Consented Motion to Stay June 9, 2023, Response Deadline Pending Resolution of Motion for Preliminary Injunction in *Missouri v. Biden*, 3:22-cv-01213 (W.D. La.) [Doc. No. 15] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants' deadline to respond to the Complaint is hereby **STAYED** pending resolution of the Motion for Preliminary Injunction in *Missouri v. Biden*, 3:22-cv-01213 (W.D. La.). Notwithstanding, this Court's order of April 21, 2023 [Doc. No. 12] remains in effect, giving Defendants until June 20, 2023 to respond to the preliminary injunction motion [Doc. No. 6] filed by Plaintiffs in the instant case.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report regarding the response to the Complaint within fourteen (14) days of this Court's resolution of the Plaintiffs' Motion for Preliminary Injunction in *Missouri v. Biden*, 3:22-cv-01213 (W.D. La.).

MONROE, LOUISIANA, this ___ day of June 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Terry A. Doughty
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge