UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | **CIVIL ACTION NO. 23-cv-381** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Consented Motion to Stay June 9, 2023, Response Deadline Pending Resolution of Motion for Preliminary Injunction in *Missouri v. Biden*, 3:22-cv-01213 (W.D. La.) [Doc. No. 15] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants' deadline to respond to the Complaint is hereby **STAYED** pending resolution of the Motion for Preliminary Injunction in *Missouri v. Biden*, 3:22-cv-01213 (W.D. La.). Notwithstanding, this Court's order of April 21, 2023 [Doc. No. 12] remains in effect, giving Defendants until June 20, 2023, to respond to the preliminary injunction motion [Doc. No. 6] filed by Plaintiffs in the instant case.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report regarding the response to the Complaint within fourteen (14) days of this Court's resolution of the Plaintiffs' Motion for Preliminary Injunction in *Missouri v. Biden*, 3:22-cv-01213 (W.D. La.).

MONROE, LOUISIANA, this 5th day of June 2023.

_____
Terry A. Doughty
United States District Judge