IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.,*<br><br>    *Defendants*. | Civil Action No. 3:23-cv-381 |

**[PROPOSED] ORDER**

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiffs' Motion for Preliminary Injunction [Doc. 6] is **DENIED**.

MONROE, LOUISIANA, this ____ day of ____ 2023.


                                                                    _____
                                                                    Terry A. Doughty
                                                                    UNITED STATES DISTRICT JUDGE