UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT F. KENNEDY, JR. ET AL.**          CIVIL ACTION NO. 3:23-cv-00381

**VERSUS**                                  JUDGE: TERRY A. DOUGHTY

**JOSEPH R. BIDEN ET AL.**                 MAG. JUDGE: KAYLA D. MCCLUSKY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUPPLEMENTAL NOTICE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE TAKE NOTICE that, pursuant to the Order issued by this Honorable Court on April 12, 2023, [Doc. No. 8], Plaintiffs hereby show through the attached Supplemental Affidavits that the Summons and Complaint in the above captioned matter were served on the following defendants:

| **DEFENDANTS** | **DATE SUMMONS AND COMPLAINT SERVED** |
|---|---|
| U.S. Census Bureau, a.k.a. Bureau of the Census | April 20, 2023 |
| President, Joseph R. Biden, Jr. | April 10, 2023 |
| U.S. Attorney for Western District of Louisiana | April 3, 2023 |
| U.S. Department of Health & Human Services | April 6, 2023 |
| U.S. Department of Justice | April 4, 2023 |
| U.S. Department of State | April 5, 2023 |

Per the notice filed by Plaintiffs on April 12, 2023 [Doc. No. 5], Plaintiffs continue to pursue the service green cards which will evidence service upon the remaining Defendants. Plaintiffs certify that the remaining supporting affidavits of service will be filed upon receipt of the service green cards.

Respectfully submitted:

WELBORN & HARGETT, LLC

BY: /S/ G. Shelly Maturin, II
_____
JASON M. WELBORN (#26548)
JACOB H. HARGETT (#32490)
G. SHELLY MATURIN, II (#26994)
1540 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
jason@wandhlawfirm.com
jacob@wandhlawfirm.com
shelly@wandhlawfirm.com

Attorney for
ROBERT F. KENNEDY, JR.
CHILDREN'S HEALTH DEFENSE
CONNIE SOMPAGNARO
Plaintiffs in *Kennedy v. Biden*,
No. 3:23-cv-00381

JED RUBENFELD
(NY Bar # 2214104)
(pro hac vice forthcoming)
1031 Forest Rd.
New Haven CT 06515
Tel.:203-432-7631
E-mail: jed.rubenfeld@yale.edu

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served on all known counsel of record via facsimile transmission, e-mail and/or by placing same in the U.S. Mail, properly addressed and postage pre-paid on this 22nd day of June, 2023.

*/s/ G. Shelly Maturin, II*

_____

G. SHELLY MATURIN, II