## AFFIDAVIT OF PROCESS SERVER

**In the United States District Court for the Western District of Louisiana**

**Robert F. Kennedy, Jr., et al**

       Plaintiff(s),

VS.

**Joseph R. Biden, Jr., in his official capacity as President of the United States, et al**

       Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515



*295295*

**Case Number: 3:23-cv-00381-TAD-KDM**

Legal documents received by Same Day Process Service, Inc. on **04/14/2023** at **6:01 PM** to be served upon **United States Census Bureau, a.k.a. Bureau of the Census at 1401 Constitution Ave., NW, Washington, DC 20230**

I, **Lauren Craven**, swear and affirm that on **April 20, 2023** at **11:52 AM**, I did the following:

Served **United States Census Bureau, a.k.a. Bureau of the Census** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Samuel Nelson** as **IT Support & Authorized Agent** of **United States Census Bureau, a.k.a. Bureau of the Census** at **1401 Constitution Ave., NW , Washington, DC 20230**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Lauren Craven**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:295295

