## AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Western District of Louisiana

Robert F. Kennedy, Jr., et al
    Plaintiff(s),
vs.

Joseph R. Biden, Jr., in his official capacity as President of the United States, et al
    Defendant(s).

Attorney: Jed Rubenfeld

Jed Rubenfeld
1031 Forest Rd.
New Haven CT 06515



*294419*

Case Number: 3:23-cv-00381-TAD-KDM

Legal documents received by Same Day Process Service, Inc. on **03/30/2023** at **2:11 PM** to be served upon **U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 31, 2023** at **2:29 PM**, I did the following:

Served **U.S. Department of Justice** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** by Certified Mailing to **U.S. Department of Justice** at 950 Pennsylvania Ave., NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 03/31/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70203160000174826869 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. On 04/06/2023, the domestic return receipt was returned indicating that delivery was made on 04/04/2023.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[Signature]*

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:294419

