UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT F. KENNEDY, JR. ET AL.**        **CIVIL ACTION NO. 3:23-cv-00381**

**VERSUS**        **JUDGE:  TERRY A. DOUGHTY**

**JOSEPH R. BIDEN ET AL.**        **MAG. JUDGE: KAYLA D. MCCLUSKY**

*************************************************************************

**VERIFICATION OF COMPLAINT**

*************************************************************************

Under penalty of perjury, Plaintiffs in the above-captioned action hereby verify on the basis of personal knowledge all allegations concerning themselves in paragraphs 30-45, 405-407, and 433-440 of the Complaint (Doc. # 1), filed March 24, 2023, and verify all other allegations in the Complaint on the basis of knowledge, information, and belief.  Specifically, the undersigned attest as follows:

1. I, Laura Bono, declare under penalty of perjury: that I am Acting President of Children's Health Defense (CHD), one of the Plaintiffs in this action; that I have reviewed the Complaint in this action; that on the basis of my personal knowledge the allegations concerning CHD and Robert F. Kennedy, Jr., contained in paragraphs 30-40, 405-407, 433-437, and 440 of the Complaint are true and accurate (except that CHD is now incorporated in California); and that all the other allegations in the Complaint are true and accurate to the best of my knowledge, information and belief.

1

2. I, Connie Sampognaro, declare under penalty of perjury: that I am one of the Plaintiffs in this action; that I have reviewed the Complaint in this action; and that on the basis of my personal knowledge the allegations concerning myself in paragraphs 41-45 and 438-40 of the Complaint are true and accurate.

Executed June 30th, 2023

*Laura D. Bono*
Laura D. Bono
Acting President, Children's Health Defense

*Connie Sampognaro*
Connie Sampognaro