MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT COURT JUDGE
July 5, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF MISSOURI ET AL | CIVIL ACTION NO. 22-cv-1213 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOSEPH R BIDEN JR ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

On April 1, 2023, Robert F Kennedy, Jr. ("Kennedy"), Children's Health Defense ("CHD"), and Connie Sampognaro ("Sampognaro") (collectively, "Movants") filed a Motion to Consolidate [Doc. No. 236]. Movants request that the Court consolidate *Kennedy et al. v. Biden et al.*, Case No. 3:23-cv-00381 with the instant case. On April 5, 2023, the Court issued a Memorandum Order where it deferred ruling on the Motion to Consolidate until a resolution had been rendered on the then-pending Motion for Preliminary Injunction [Doc. No. 10] and Motion for Leave to Amend Complaint to Add Class Allegations and for Class Certification [Doc. No. 227]. The Court issued a ruling and judgment as to those two motions on July 4, 2023 [Doc. No. 294].

Accordingly, the Parties in the instant case, as well as the non-movants in *Kennedy et al. v. Biden et al.*, Case No. 3:23-cv-00381, may file responses to the Motion to Consolidate [Doc. No. 236] on or before July 19, 2023. Movants may file a reply on or before July 26, 2023.

TAD

*TAD*
