UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT F. KENNEDY, JR. ET AL.** | **CIVIL ACTION NO. 3:23-cv-00381** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN ET AL.** | **MAG. JUDGE: KAYLA D. MCCLUSKY** |

**************************************************************************

**ORDER GRANTING LEAVE
TO FILE VERIFICATION OF COMPLAINT**

**************************************************************************

Having considered the matter, and for good cause shown, this Court hereby **GRANTS** Plaintiffs' motion for leave to file their Verification of Complaint.

So ordered this 5th day of July, 2023.

_____
KAYLA DYE MCCLUSKY
United States Magistrate Judge

1