IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:23-cv-381 <br><br> Judge Terry A. Doughty <br><br> Mag. Judge Kayla D. McClusky |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CONSOLIDATION**

Pursuant to the Court's July 5, 2023 Order (ECF No. 21), Defendants respectfully submit this brief response to Plaintiffs' motion for consolidation filed in *Missouri v. Biden*, No. 3:23-cv-381, ECF No. 236. As set forth in Defendants' opposition to the preliminary injunction motion (currently pending decision) in this action, *see* ECF No. 17 at 5-12, Plaintiffs lack standing to bring their claims (either as speakers or listeners), and the Court should therefore dismiss their complaint, rendering the request for consolidation moot. *See, e.g.*, *Don't Dismyabilities, Inc. v. City of Dallas*, No. 3:17-CV-3026-L, 2017 WL 5626330, at *1 (N.D. Tex. Nov. 21, 2017) (denying preliminary injunction and dismissing without prejudice for lack of ripeness, even absent separate motion to dismiss). However, in the event the Court finds that Plaintiffs have sufficiently established standing, Defendants do not oppose the request for consolidation.

Dated:  July 19, 2023         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA GARDNER
Special Counsel, Federal Programs Branch

*/s/ Catherine M. Yang*
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
CATHERINE M. YANG (N.Y. Bar No. 5319736)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 514-4336
Catherine.m.yang@usdoj.gov

*Attorneys for Defendants*