MINUTE ENTRY
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
December 13, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT F KENNEDY JR ET AL**          CASE NO.  3:23-CV-00381

**VERSUS**                              JUDGE TERRY A. DOUGHTY

**JOSEPH R BIDEN JR ET AL**            MAG. JUDGE KAYLA D. MCCLUSKY

On July 24, 2023, the Court consolidated this matter with *Missouri et al v. Biden et al* (3:22-cv-01213-TAD-KDM) [Doc. No. 27]. *Missouri et al v. Biden et al* is currently pending before the Supreme Court of the United States, which granted the petition for writ of certiorari on December 1, 2023.

There is a Motion for Preliminary Injunction [Doc. No. 6] pending in the instant matter. The Court is inclined to issue a ruling on that motion; however, it is unclear whether the consolidation of the cases interferes with the Court's jurisdiction over the Motion for Preliminary Injunction. Therefore, the parties shall brief whether or not the Court can issue a ruling on that pending motion despite the related case that is currently pending before the Supreme Court. Accordingly,

**IT IS ORDERED** that the *Missouri et al v. Biden et al* defendants shall file their brief addressing this issue on or before December 20, 2023. The plaintiffs in the instant matter shall respond seven days thereafter.

TAD