RECEIVED AM
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
1/3/24

IN THE UNITED STATES DISTRICT COURT 23-cv-00381-TAD-KDM
FOR WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
-----------------------------------------------------------------X
ROBERT F. KENNEDY, JR. ET AL.,           **NOTICE OF MOTION**
                                                      **SEEKING LEAVE TO**
                             Plaintiff,            **INTERVENE**
              -versus-

JOSEPH R. BIDEN ET AL.

                          Defendants.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE, Jason Goodman, ("Goodman") by and for himself pro se, respectfully submits this motion seeking leave to intervene as co-plaintiff pursuant to FRCP Rule 24(a)(2), or 24(b)(1)(B) for the reasons set forth in the accompanying memorandum, briefs and exhibits in support of this motion. On December 28, 2023, pursuant to this Court's local rules, Goodman provided copies of this motion to all parties who have an interest to oppose it. At the time of this filing, neither party has stated an opinion on the proposed intervention.

                                                             Dated: New York, New York December 28, 2023

                                                                  Respectfully submitted,

                                                                     Jason Goodman
                                                           Pro Se Intervenor Applicant
                                                               252 7th Avenue Apt 6s
                                                                    New York, NY 10001
                                                        truth@crowdsourcethetruth.org
                                                                          347-380-6998

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR WESTERN DISTRICT OF LOUISIANA<br>MONROE DIVISION<br>-----------------------------------------------------------------X<br>ROBERT F. KENNEDY, JR. ET AL.,<br><br>                        Plaintiff,<br>      -versus-<br><br>JOSEPH R. BIDEN ET AL.<br><br>                       Defendants.<br>-----------------------------------------------------------------X | 23-cv-00381-TAD-KDM<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that Pro Se Intervenor Applicant Jason Goodman served Plaintiffs' and Defendants' counsel with a copy of the MOTION SEEKING LEAVE TO INTERVENE via email on December 28, 2023, at the email addresses below.

catherine.m.yang@usdoj.gov
alexander.w.resar@usdoj.gov
Joshua.E.Gardner@usdoj.gov
shelly@maturinlaw.com
jed.rubenfeld@yale.edu

Defendants' counsel stated they were unavailable until after January 2, 2024. Plaintiffs' counsel has requested a telephone conference scheduled to take place on December 30, 2023.

Dated: New York, New York December 29, 2023

Respectfully submitted,

Jason Goodman
Pro Se Intervenor Applicant
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org
347-380-6998

[PROPOSED] ORDER GRANTING INTERVENTION                                              1