**EXHIBIT A**



U.S. Department of Health & Human Services

Latest CDC Covid 19 Info   CSR Extranet   NIH Staff   Staff Directory   Contact CSR

**NIH** Center for
Scientific Review

For Applicants | For Reviewers | News & Policy | Study Sections | Review Panels & Dates | About CSR

Home > About CSR > Staff Directory

### Biography

CSR:          Division of Planning, Analysis, and Information Management – DPAIS

**Mr. David Sweigert**

**Contract Support**

dave.sweigert@nih.gov

301-496-3014

Last updated: 09/22/2022 05:00

**EXHIBIT B**

January 4, 2023

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov
Via e-mail and pro se electronic filing

Re: Goodman v. Bouzy, et al., Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres,

I respectfully submit this objection to the Defendants' letter (ECF No. 90). This incredibly disingenuous filing is another attempt to deceive the Court which has revealed new facts.

After destroying my social media presence, Mr. Bouzy was no longer paying attention to this case, but he received regular updates from vexatious attempted intervenor David George Sweigert ("Sweigert") the brother of George Webb Sweigert ("Webb"). Sweigert has dedicated nearly every day of his life for the past six years to coordinating a network of cyber stalkers who harass and attack me constantly. This network of lawfare operatives assist Sweigert in weaponizing the legal system against his enemies. This inherently involves deceiving the Court into believing it is engaged in normal, legitimate process when in fact it is being manipulated by this sophisticated team. Please note Sweigert's Tweet of November 22, 2022.

He monitors the docket and does whatever he can to interfere in any case I am involved in. When he realized Defendants were in danger of default, he alerted Benjamin Wittes using a Twitter account he created with a defaced picture of me. Defendants rightly pointed out that I was communicating with Wittes on Twitter in December 2020 when I was interrupted by Bouzy's initial contact. Please also note "@wiczipedia" was alerted. That is Nina Jankowicz former Executive Director of the Department of Homeland Security Disinformation Governance Board. Ms. Jankowicz was forced to resign her position, and the entire board was terminated on May 18, 2022, immediately after I published a report exposing her failure to file a Registration Statement pursuant to 22 U.S. Code § 612 while receiving payments from foreign NGOs and the U.S. Government simultaneously.

https://odysee.com/@Crowdsourcethetruth:d/2022-05-16-20-00-03-Live:9?r=73LTQ7izBcj8qkyQcMRLccvmePnUuBoJ

https://www.cnn.com/2022/05/18/politics/dhs-disinformation-board-paused/index.html

Ms. Jankowicz recently returned to the "Disinformation" governance business when she registered as a foreign agent on November 18, 2022. https://efile.fara.gov/docs/7192-Exhibit-AB-20221118-1.pdf

Shortly thereafter a press release announced her employment with the UK funded Centre for Information Resilience. https://twitter.com/cen4infores/status/1573299231225708545?lang=en

On information and belief, I allege Sweigert is the coordinator of a team of Lawfare operatives that includes his brother, Mr. Bouzy and others. These individuals have been stalking and harassing me for six years, fomenting litigation against me and doing everything they can to destroy my business and public reputation. Mr. Wittes is the editor of Lawfare, a publication of the Brookings Institution. Wittes and Jankowicz are colleagues and have collaborated in the past. https://www.lawfareblog.com/lawfare-podcast-nina-jankowicz-how-lose-information-war

For the Defendants to refer to me as a "serial litigant" is a brazen attempt to deceive the Court in and of itself because this is litigation of their own manifestation. Mr. Bouzy was well aware this lawsuit had been filed against him. If he felt it had no merit, he should have answered it with a motion to dismiss. Michael Phelan is a professional, licensed process server who accurately and truthfully informed Mr. Bouzy he was delivering documents to him. The police confirmed Phelan had legitimate business there with Bouzy.

Defendants' assertions with regard to Mr. Martinez letter are also false. Prior to receiving it, I did not doubt that Defendants had been served. In fact, I tweeted #BouzyGotSued and #BouzyGotServed to counteract online antagonism. No evidence of those tweets is available to me due to the destruction of my Twitter accounts by Mr. Bouzy. When Martinez raised the point, I sought permission to serve electronically for elimination of doubt and waited for a Court response. I failed to file with the Court for four months because I did not know I was required to. As a pro se, there remain large areas of law and process that are completely unknown to me.

Even if the Court accepts Mr. Bouzy's fabricated excuses, the case should still end in default. Bouzy is the registered agent for Bot Sentinel, and 5101 Meadowview is the official address for Bot Sentinel. If Mr. Bouzy's has concerns about "internet trolls" he should hire a company at a different address than his home to serve as the registered agent of Bot Sentinel. He was legally required to receive service of process at that address, and he willfully refused it.

I further allege this entire defense has been maliciously calculated with inappropriate assistance from vexatious non-parties mentioned herein.

For the reasons stated above, the default should not be set aside, and Rule 11 sanctions should be granted. I further seek leave of this honorable Court to include new co-defendants in the amended complaint despite the duration of time that has passed since the initial filing.

Respectfully submitted,
Jason Goodman



https://twitter.com/liberateyoutube

2 captures
2 Jun 2022 – 25 Nov 2022

Log in                                                    Sign up

 **E.U. Concerned Citizen** @LiberateYoutube · Nov 22
Hey Nate the Lawyer here is the docket for your show w/ Goodman #LAWFARE #BotSentinel #Bouzy #Defamation #lawtube
@benjaminwittes
Jason Goodman
#Markle #AmberHeard
@richardaeden
chris bouzy
@NatetheLawyer
@rollingstone
@taylorlorenz
@wiczipedia
@ivp
@ImperatorTruth

| 11/20/2022 | 63 | FILING ERROR - DEFICIENT DOCKET ENTRY - [PROPOSED] ORDER ENTERING A FINAL JUDGMENT & PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING THE PLAINTIFF DAMAGES, FEES & COSTS. Document filed by Jason Goodman. (sc) Proposed Order to be reviewed by Clerk's Office staff. Modified on 11/21/2022 (km). (Entered: 11/21/2022) |
|---|---|---|
| 11/21/2022 | | ***NOTICE REGARDING DEFICIENT PROPOSED ORDER. Regarding Document No. 63 Proposed Order. The filing is deficient for the following reason(s): The document is missing a So Ordered line, with a signature line for the Judge to sign. (km) (Entered: 11/21/2022) |
| 11/21/2022 | 64 | FILING ERROR - DEFICIENT DOCKET ENTRY - (Corrected)PROPOSED ORDER ENTERING FINAL DEFAULT JUDGMENT & PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING PLAINTIFF DAMAGES & FEES & COSTS. Document filed by Jason Goodman. (sc) Proposed Order to be reviewed by Clerk's Office staff. Modified on 11/21/2022 (km). (Entered: 11/21/2022) |
| 11/21/2022 | | ***NOTICE REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. regarding Document No. 64 Proposed Order. The filing is deficient for the following reason(s): the filing is premature. You need to obtain a clerk's certificate of default first. Please refer to ECF Rule 16.1. (km) (Entered: 11/21/2022) |
| 11/22/2022 | | ***DELETED DOCUMENT. Deleted document number 65 Affidavit. The document was incorrectly filed in this case. (sc) (Entered: 11/22/2022) |
| 11/22/2022 | 65 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jason Goodman. (sc) Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers). (Entered: 11/22/2022) |

🗨      ⇄      ♡ 1      ⬆

**EXHIBIT C**

# Ballard Spahr
LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Seth D. Berlin
Tel: 202.508.1122
Fax: 202.661.2299
berlins@ballardspahr.com

Maxwell S. Mishkin
Tel: 202.508.1140
Fax: 202.661.2299
mishkinm@ballardspahr.com

November 23, 2022

*Via ECF and Electronic Mail*

The Honorable Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

        Re:    *Goodman v. Bouzy, et al.*, Case No. 1:21-cv-10878-AT-JLC

Dear Judge Torres:

        Pursuant to Rule I.B. of Your Honor's Individual Practices, we write on behalf of defendants Christopher Bouzy and Bot Sentinel Inc. Our firm is in the process of being retained to represent them in the above-captioned matter. Once retained, we intend to follow the procedures set out in Rule III.B. of Your Honor's Individual Practices in connection with moving to dismiss Plaintiff's claims against Mr. Bouzy and Bot Sentinel for lack of personal jurisdiction and failure to state a claim. We see from the docket that Plaintiff is seeking a default against them and respectfully suggest that, in light of the above, a default would not be warranted.

        Thank you for your attention to this matter and all best wishes for a happy Thanksgiving.

Respectfully submitted,

BALLARD SPAHR LLP

By:    */s/ Seth D. Berlin*
      Seth D. Berlin (SB7978)
      Maxwell S. Mishkin (*pro hac vice* forthcoming)

cc:  All parties via ECF and email

**EXHIBIT D**

**FOR T**

D. G. Sweigert,
Plaintiff

-against-

Jason Goodman,

21ˢᵗ Century 3D

CrowdSource The Trut

Defendants



The *pro se* Plaintiff (undersigned) files these papers as a complaint for damages.

Signed July4, 2023

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719**

1

**EXHIBIT E**



# Access denied

You are not authorized to access this page.