| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR WESTERN DISTRICT OF LOUISIANA<br>MONROE DIVISION<br>-----------------------------------------------------------------X<br>ROBERT F. KENNEDY, JR. ET AL.,<br><br>                              Plaintiff,<br>             -versus-<br><br>JOSEPH R. BIDEN ET AL.<br><br>                             Defendants.<br>-----------------------------------------------------------------X | 23-cv-00381-TAD-KDM<br><br>**[PROPOSED] ORDER GRANTING INTERVENTION** |

Upon due consideration, and for the reasons stated in the memorandum in support of intervention, this Court hereby GRANTS Intervenor Applicant Jason Goodman's motion for leave to intervene as co-plaintiff pursuant to FRCP Rule 24.

So Ordered,

_____

THE HONORABLE TERRY A. DOUGHTY

United States District Judge
