

UNITED STATES POSTAL SERVICE — Click-N-Ship®

usps.com
$8.35
US POSTAGE
Insured
P
9405 8301 0935 5056 0528 53 0083 5001 0007 1201

U.S. POSTAGE PAID
Click-N-Ship®

12/29/2023  Mailed from 10001  457936781658018

**PRIORITY MAIL®**

21ST CENTURY 3D
JASON GOODMAN
252 7TH AVE
NEW YORK NY 10001-7326

01/02/2024
RDC 02
C051

U.S. POST OFFICE AND COURTHOUSE
CLERK OF THE COURT
RM 215
201 JACKSON ST
MONROE LA 71201-7499

**USPS TRACKING #**

9405 8301 0935 5056 0528 53

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/3/24