```
IN THE UNITED STATES DISTRICT COURT                    23-cv-00381-TAD-KDM
FOR WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
-----------------------------------------------------------------X
ROBERT F. KENNEDY, JR. ET AL.,                         MOTION SEEKING
                                                       LEAVE TO FILE
                            Plaintiff,                 ELECTRONICALLY
            -versus-

JOSEPH R. BIDEN ET AL.

                            Defendants.
-----------------------------------------------------------------X
```

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

JAN 12 2024

TONY R. MOORE, CLERK
BY_____
           DEPUTY

Intervenor Applicant Jason Goodman, ("Goodman") by and for himself pro se, respectfully submits this motion seeking leave to file electronically via email to the clerks.

## INTRODUCTION

1. After the outbreak of the Covid 19 pandemic, many U.S. District Courts introduced, for the first time, a variety of methods designed to allow pro se litigants to file electronically through various means.

2. One unusually sophisticated example is the Eastern District of Michigan. The MIED Court has established a comprehensive web page interface that allows pro se litigants to upload PDF documents that adhere to the Court's specifications. Upon filing, the site provides users with an emailed receipt and transmits the proposed filings to the pro se intake office where clerks review the filings before entry on the docket just as they would USPS mailings.

3. In the Southern District of New York, a much less complex method has been established. Pro se movants in the SDNY Court send their filings to the clerks on a dedicated email address, Temporary_Pro_Se_Filing@nysd.uscourts.gov.

4. Filing by email is far more common and is also employed in the Southern District of Indiana where pro se filers may send PDFs to temporary-efiling@insd.uscourts.gov.

MOTION SEEKING LEAVE TO FILE ELECTRONICALLY                                    1

5.      A request to change Court policies or make complicated technological upgrades to accommodate an individual would clearly be unreasonable. That is not the request here.

6.      Goodman seeks leave for this case only, to send PDF filings by email to a general email inbox for the Clerk's Office. No specific personal interaction with the clerks is sought or required. Documents could and should be emailed to an anonymous address.

7.      The reason for this request is not specifically for Goodman's convenience although it would provide that. Goodman has already entered exhibits, (Dkt. 31) that include photographs and highlighted fine print that are illegible as currently entered on the docket.

8.      If the Court chooses to grant Goodman's request for email filing, Goodman would like to supplement his Motion Seeking Leave to Intervene by re-filing the exhibits to reveal the details that are presently obscured. Without those details, the exhibits are worthless.

## CONCLUSION

For the reasons stated or any other reasons as determined by the Court, Goodman respectfully requests permission to make future filings in this case by email.

Dated: New York, New York January 5, 2024

Respectfully submitted,

Jason Goodman
Pro Se Intervenor Applicant
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org
347-380-6998

IN THE UNITED STATES DISTRICT COURT  
FOR WESTERN DISTRICT OF LOUISIANA  
MONROE DIVISION  
-----------------------------------------------------------------X  
ROBERT F. KENNEDY, JR. ET AL.,

                Plaintiff,  
        -versus-

JOSEPH R. BIDEN ET AL.

                Defendants.  
-----------------------------------------------------------------X

23-cv-00381-TAD-KDM

**CERTIFICATE OF SERVICE**

It is hereby certified that Pro Se Intervenor Applicant Jason Goodman served Plaintiffs' and Defendants' counsel with a copy of the MOTION SEEKING LEAVE TO FILE ELECTRONICALLY via email on December 28, 2023, at the email addresses below.

catherine.m.yang@usdoj.gov  
alexander.w.resar@usdoj.gov  
Joshua.E.Gardner@usdoj.gov  
shelly@maturinlaw.com  
jed.rubenfeld@yale.edu

Dated: New York, New York January 5, 2024

Respectfully submitted,

Jason Goodman  
Pro Se Intervenor Applicant  
252 7th Avenue Apt 6s  
New York, NY 10001  
truth@crowdsourcethetruth.org  
347-380-6998

CERTIFICATE OF SERVICE                                                                 1