Jason Goodman
252 7th Avenue Apt 6s
New York NY 10001



SCANNED

7120137499 C051



U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

JAN 1 2 2024

TONY R. MOORE, CLERK
BY_____
DEPUTY

Clerks Office
United States Post Office and Court House
201 Jackson Street, Suite 215
Monroe LA 71201



FOREVER

