Received 1/18/24

**FedEx Shipping Label**

ORIGIN ID:TSSA (212) 244-8585
JASON GOODMAN (NYC)
21ST CENTURY 3D
252 7TH AVENUE
NEW YORK, NY 10001
UNITED STATES US

SHIP DATE: 15JAN24
ACTWGT: 1.00 LB
CAD: 3250694/INET4660

BILL SENDER

TO: CLERK OF THE COURT
US POST OFFICE AND COURTHOUSE
201 JACKSON STREET
SUITE 215
MONROE LA 71201
(318) 322-6740

SCANNED

TRK# 7748 1875 0649
0201

TUE - 16 JAN 5:00P
STANDARD OVERNIGHT

XA MLUA
LA-US
71201 SHV

1/15/24, 4:11 PM