IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:23-cv-381<br><br>Judge Terry A. Doughty<br><br>Mag. Judge Kayla D. McClusky |

**NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3(a) and 28 U.S.C. § 1292(a)(1), all Defendants hereby appeal, to the U.S. Court of Appeals for the Fifth Circuit, the Court's February 14, 2024 Memorandum Ruling on Plaintiff's Motion for Preliminary Injunction, ECF No. 38.

Dated: April 12, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA GARDNER
Special Counsel, Federal Programs Branch

*/s/ Catherine M. Yang*
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
CATHERINE M. YANG (N.Y. Bar No. 5319736)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 514-4336
Catherine.m.yang@usdoj.gov

*Attorneys for Defendants*