RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 1 8 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Robert F Kennedy, Jr. et al | 3:23-CV-00381 |
| Plaintiff; | MOTION TO INTERVENE FOR INJUNCTIVE RELIEF |
| v. | |
| Joseph R. Biden, Jr, et al, | ON BEHALF OF |
| | STEVEN E GREER |
| Defendants. | |

To:

The Honorable Terry A. Doughty
Chief Judge
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

From:

Steven E. Greer, MD
Intervener

Dear Judge Doughty,

    I am writing to inform this court about a violation of the recent injunction that was activated in the case listed above (*Kennedy v. Biden* (ECF 38)). I have been the victim of the same state-private-collusion of censorship since at least 2012. An incident occurred on July 11, 2024, after the injunction went into effect that violates the injunction. I seek either an evidentiary hearing and/or a court-ordered subpoena to prove a collusion between Amazon.com and the same defendants in these related cases of *Missouri v. Biden* and *Kennedy v. Biden*.

    I am a doctor who became a Wall Street executive and voice in the legacy media (e.g., The Wall Street Journal, CNBC, Fox News, Reuters, etc.). After a successful working relationship with those media, it all came to an abrupt halt around 2012 after I wrote Wall Street Journal articles

critical of Obamacare.[1] For example, I had a deal in the works with the CEO of Dow Jones to combine my Healthcare Channel with The Wall Street Journal. That abruptly ended when a new CEO was brought in. All of my numerous Twitter accounts were shut down for no reason. Wikipedia would immediately erase any reference about me. I was also closely working with The New England Journal of Medicine to produce interviews of doctors authors for my Healthcare Channel when I became blacklisted.

Then, 12-years later, this year, thanks to these cases above, I put all of the pieces of the puzzle together. The mystery was solved. The vast and powerful government censorship efforts were likely behind it all.

Of note, I sued Fox News, *et al* in 2020 over what I called "blacklisting" (*Greer v. Fox News*, No. 1:20-cv-05484 (LTS)(SDA) (S.D.N.Y., 2020). In hindsight, I should have also sued the government defendants exposed in the cases above, but no one was aware of this until Elon Musk released the Twitter Files and the *Missouri v. Biden* discovery uncovered the Orwellian corruption.

When I was censored by *The Lancet* medical journal last year, I had evidence that the government was behind it. I sued in federal court and prevailed in the 5th Cir. (*Greer v. The Lancet*, No. 23-20538, (5th Cir. Feb. 16, 2024)), but have not yet refiled in district court. However, after my actions, there has been growing awareness of the government corruption of the medical journals. The U.S. House recently convened a hearing on the matter and Bobby Kennedy, Jr. has pledged to fix the problem if he becomes POTUS.

More recently, on June 23, 2024, I received an email from Amazon.com's book publishing division, Kindle, that they were taking down my 2020 book "Tony's Virus" for no good reason. It had been published for three years and has full copyright registration. Therefore, their vague excuse was nonsensical.

> Amazon Kindle: "During a review, we found your book(s) contain content (text and/or images) that's widely available on the web, which is considered "disappointing content" for our customers. This is a violation of Kindle Content Quality Guidelines:"

I replied to Amazon with a cease-and-desist and was awaiting the decision of the Supreme Court on *Murthy*. Unfortunately, the Supreme Court did not enforce the original *Missouri v. Biden* injunction, and I believe this emboldened the bad actors to escalate their censorship using new Artificial Intelligence algorithms.

Shortly before receiving the Amazon notice, I had interviewed Plaintiff Aaron Kheriaty. Also, Anthony Fauci was on a media book tour. Those might have led to an Amazon AI digital book burning of my "Tony's Virus" (the U.S. House also already exposed how Amazon digitally burned 43 books that were critical of vaccines).

---

[1] Greer SE. Inside ObamaCare's Grant-Making. Op-Ed in The Wall Street Journal. June 4, 2012
Greer SE. Pork is Clogging CMMI's Arteries. Letter section in The Wall Street Journal. June 20, 2012

On July 10, 2024, after learning of the newly activated injunction, I sent Amazon another cease-and-desist. They responded by doubling down and permanently closed my Kindle account.

> Amazon: "Hello, We are terminating your account effective immediately because we contacted you previously regarding content guideline violations of title(s) you submitted through your account and we have not received a response from you.
>
> As part of the termination process:
>
> • We will close your account
> • You're no longer eligible to receive any outstanding royalties •
>
> You'll no longer have access to your accounts. This includes, editing your titles, viewing your reports and accessing any other information within your account • All of your published titles will be removed from sale on Amazon
>
> Additionally, as per our Terms and Conditions, you aren't allowed to open any new KDP accounts.
>
> You can find our Terms and Conditions, here:
> https://kdp.amazon.com/terms-and-conditions
>
> If you have questions, please reply to this message.
>
> Regards,
> Amazon KDP"

I believe that ample evidence exists to merit a subpoena of Amazon and convene an evidentiary hearing into this matter. I have reviewed the actual injunction in place and the key question regarding the relief I seek against Amazon is whether or not it is a "social media company". It clearly is.

First, Amazon.com was created as an Internet-based "virtual" retailer. Management emphasized that because the stock market rewards Internet companies with higher valuations than traditional retail companies at the time.

Secondly, Amazon owns vast computer servers that it leases to the federal government and other companies. Most social media companies, such as Facebook[2], use Amazon servers to run

---

[2] https://www.datacenterdynamics.com/en/news/metafacebook-turns-to-aws-as-long-term-strategic-cloud-provider-for-acquisitions-third-party-collaborations-and-ai/

their own companies. Amazon also illegally collects data from Facebook, for example, on its servers.[3]

Thirdly, Amazon has its own in-house proprietary social media component to its operations. Customers post reviews of books and products that are very influential to the sale of those products. "Amazon Live" is an Instagram or TikTok like product that, according to Amazon[4], allows people to, "Watch celebrities and influencers curate their must-have products and top deals on Amazon Live. Browse categories like luxury nursery, fashion, home, and more, and discover new brands and offers".

This social media input allows Amazon to create algorithms that promote or demote goods sold. The SEC has sued Amazon for abusing that monopoly power over social media.[5] In fact, Amazon has blocked people from posting reviews of my books on Kindle. This has been a method of censoring me.

For those reasons, the evidence is sufficient to allow subpoena searches of Amazon as part of the violation of the injunction that I reported yesterday. An evidentiary hearing is warranted.

When an injunction is already active and governing, the judge issuing the order directly enforces it. In this instant matter, ample evidence exists to allow this Court to order Amazon to immediately restore all of my books and my Kindle digital book account until a full investigation and hearing are conducted. When my allegations are proved, severe financial penalties should be levied. Amazon has pioneered a new form of censorship that I call digital book burning. It is antithetical to a free nation.

Dated July 15, 2024

Respectfully,

*Steven Greer*

Steven E. Greer, MD
7029 Maidstone Drive
Port Saint Lucie, Florida 34986
(212) 945-7252
Steve@GreerJournal.com

---

[3] https://www.cbsnews.com/news/millions-facebook-user-records-exposed-amazon-cloud-server/
[4] https://www.amazon.com/live
[5] What are the four cases the FTC has recently brought against Amazon? (nbcnews.com)