WEST PALM BCH FL 334

15 JUL 2024 PM 2 L

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 18 2024

DANIEL J. McCOY, CLERK
BY:_____

Steven E. Greer, M.D.
7029 Maidstone Drive
Port Saint Lucie, Florida 34986

Clerk's Office
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

71301-807130