# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | **CASE NO. 3:23-CV-00381** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Motion for Civil Investigative Matter by Dept of Treasury, House Judiciary Committee & House Oversight Committee [Doc. No. 43] filed by Jon F. Turpin ("Turpin"),

**IT IS ORDERED** that the Motion is **DENIED** as Turpin is not a party in this case.

MONROE, LOUISIANA, this 22nd day of July, 2024.

**TERRY A. DOUGHTY**
**CHIEF UNITED STATES DISTRICT JUDGE**