Steven E. Greer, M.D.
7029 Maidstone Drive
Port Saint Lucie, FL 34986

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 2 2024

DANIEL J. McCOY, CLERK
BY: _____

The Honorable Terry A. Doughty
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

WEST PALM BCH FL 334
18 JUL 2024 PM 1 L

