Case 3:23-cv-00381-TAD-KDM Document 47 Filed 07/22/24 Page 1 of 1 PageID #: 548

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 2 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Robert F Kennedy, Jr. et al ) | 3:23-CV-00381 |
| ) | |
| Plaintiff; ) | MOTION FOR |
| ) | ELECTRONIC FILING RIGHTS |
| v. ) | |
| ) | ON BEHALF OF |
| Joseph R. Biden, Jr, et al, ) | |
| ) | STEVEN E GREER |
| ) | INTERVENER |
| Defendants. ) | |

I, Steven Greer, a *pro se* intervener in this case, Motion this Court for the right to file electronically. I have previously submitted *via* regular mail the Motion for injunctive relief against Amazon.com. I currently have ECF filing rights for the S.D.N.Y., Second and Fifth Circuits, and the S.D. Ohio.

*Steven Greer*
_____
Dated July 17, 2024

Respectfully,

Steven E. Greer, MD
7029 Maidstone Drive
Port Saint Lucie, Florida 34986
(212) 945-7252
Steve@GreerJournal.com

- 1 -