**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 2 2024

DANIEL J. McCOY, CLERK
BY: _____

Steven E. Greer, M.D.
7029 Maidstone Drive
Port Saint Lucie, FL 34986

The Honorable Terry A. Doughty
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

WEST PALM BCH FL 334
18 JUL 2024 PM 1 L

