RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 2 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Robert F Kennedy, Jr. et al ) | 3:23-CV-00381 |
| ) | |
| Plaintiff; ) | |
| ) | MOTION TO INTERVENE FOR |
| ) | INJUNCTIVE RELIEF |
| v. ) | |
| ) | ON BEHALF OF |
| Joseph R. Biden, Jr, et al, ) | |
| ) | STEVEN E GREER |
| ) | |
| Defendants. ) | |

To:

**The Honorable Terry A. Doughty**
Chief Judge
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

From:

**Steven E. Greer, MD**
Intervener

Dear Judge Doughty,

    I am writing to inform this Court about a violation of the recent injunction that was activated in the case listed above (*Kennedy v. Biden* (ECF 38)). I have been the victim of the same state-private-collusion of censorship since at least 2012. An incident occurred on July 17, 2024, after the injunction went into effect that violates the injunction.

    For more than a decade, Twitter, now called X.com, has been colluding with the federal government to censor me. I have had at least 13 Twitter accounts shut down for no stated reason. Only after Elon Musk purchased the company did my primary account, @THEHCC, become reinstituted. It was shut down for five years, starting in 2018.

However, despite X.com lawyers' denials, I have still been deamplified or shadowbanned. When the Supreme Court lifted the *Missouri v. Biden* injunction, those bad actors went back to business as usual, violating the First Amendment even more aggressively and openly.

On July 17, 2024, I posted a comment suggesting that a certain spy agency was involved in the plot to assassinate President Trump. Within minutes, X.com sent me a message stating that they had, "added a temporary label to your account which may impact its reach"



There was no attempt to pretend that I violated arbitrary rules or guidelines. They were simply brazenly censoring me, and telling me so with hubris.

- 3 -

      I assert that ample evidence exists to merit relief under the existing injunction issued under this *Kennedy v. Biden* case. I seek relief to have my X.com account immediately lifted from any secretive deamplifying or shadowbanning measures, and to then convene an evidentiary hearing. I have been greatly harmed and immediate relief is warranted.

*Steven Greer*
Dated July 18, 2024

Respectfully,

Steven E. Greer, MD
7029 Maidstone Drive
Port Saint Lucie, Florida 34986
(212) 945-7252
Steve@GreerJournal.com