UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | **CASE NO. 3:23-CV-00381** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Pending before the Court is a Motion for Right to File Electronically [Doc. No. 47] and a Successive Motion to Intervene [Doc. No. 48] filed by Steven E. Greer ("Greer"). Accordingly,

**IT IS ORDERED** that the Motion for Right to File Electronically is **DENIED** as Greer is not a party in this action.

**IT IS FURTHER ORDERED** that Greer's successive Motion to Intervene is **DENIED** for the reasons stated in the Court's previous memorandum order [Doc. No. 42].

MONROE, LOUISIANA**,** this 22nd day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE