**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
July 25, 2024

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | CASE NO. 3:23-CV-00381 |
| | CONSOL. CASE NO. 3:22-CV-01213 |
| **VERSUS** | JUDGE TERRY A. DOUGHTY |
| **JOSEPH R BIDEN JR ET AL** | MAG. JUDGE KAYLA D. MCCLUSKY |

On July 25, 2024, the United States Court of Appeals for the Fifth Circuit issued an Order [Doc. No. 50] in this matter, which remanded the instant case to the undersigned for limited purposes. The Order held that within thirty days [of July 25], that this Court is to consider the Kennedy Plaintiffs' standing in view of the Supreme Court of the United States' holding in *Murthy v. Missouri*, 144 S. Ct. 1972 (2024), and based on the parties' evidence particular to this case. The Fifth Circuit further held that based on its standing analysis, the undersigned may revisit its preliminary injunction and temporary stay of that injunctive relief. This Court finds that expedited, supplemental briefing on the issue of standing is necessary. Accordingly,

**IT IS ORDERED** that the Kennedy Plaintiffs have until August 1, 2024, by 5:00 p.m. C.D.S.T. to file a supplemental brief on the issue of standing. Defendants shall respond by August 8, 2024, by 5:00 p.m. C.D.S.T. A reply may be filed by August 12, 2024.

TAD

