UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT F. KENNEDY, JR. ET AL.,**

*Plaintiffs,*

v.

**JOSEPH R. BIDEN ET AL.,**

*Defendants.*

CASE NO. 23-cv-0381
CONSOLIDATED WITH CIVIL ACTION NO. 22-cv-01213 (LEAD)

---

### DECLARATION OF BRIGID RASMUSSEN

I, BRIGID RASMUSSEN, declare as follows:

1. I am over the age of 18 and competent to testify. I have personal knowledge of the facts set forth herein. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. Since October, 2023, I have been the Chief of Staff of Robert F. Kennedy Jr.'s Presidential campaign (referred to alternatively as "the campaign," "Kennedy24," or "Team Kennedy Inc.").

3. As Chief of Staff, I oversee many internal and external operations and provide daily support to our campaign manager, Amaryllis Kennedy. In that capacity, I have been the primary contact person/recipient of screenshots and testimonies that our staff, supporters, and volunteers have sent us at the campaign when their posts on Facebook and/or Instagram or other social media platforms supporting Mr. Kennedy's candidacy or urging citizens to vote for him are censored.

4. Since early May of this year, the amount of such censorship has been shocking and seriously injurious to Mr. Kennedy's campaign, and it is both ongoing and intensifying. I

see new reports of such censorship almost every day. I describe some of the major examples below.

5. On May 3, 2024, the "Who is Bobby Kennedy?" film was released across social media platforms by American Values 2024, a Super Pac. The 30-minute film, which includes many clips of Mr. Kennedy himself speaking, offers people a chance to learn about who Mr. Kennedy really is–his early life, his hardships, his family legacy, his accomplishments, and the spiritual drive that led him to run to be our next President. We initially found that this film was converting more and more prospects into supporters, and were very pleased with the number of new supporters we brought in the day after this film was released.

6. However, beginning on Saturday morning, May 4, 2024, campaign leadership started receiving reports of people (inside and outside the campaign staff) having their posts of the film removed from Facebook and Instagram, and having trouble uploading stories, reposting, etc. relating to the film.

7. Throughout that day, more and more people were having their Facebook or Instagram posts of the film removed for "violating community standards" or simply were getting an "upload error" when trying to post the link to the film on their Instagram stories.

8. We then sent an email out to all our supporters to watch and share the incredible film on their social media platforms if they felt called to do so, and to express their support and advocacy for Mr. Kennedy by urging others to watch the film. We asked that if they experienced censorship, to send examples to censorship@teamkennedy.com. It was related to us that some posts had been taken down from or failed to upload to YouTube, but the vast majority of examples we received from followers came from Meta (Facebook and Instagram).

9. Meta's stated reasons for removing the film and/or comments or links to the film, or moving them lower in a user's feed, as between different users, were inconsistent. Many times, Meta's removal reason was for "violating community standards," including the bizarre and blatant misrepresentation to those same users that the film contained "graphic," "violent," and/or "sexual" or "sexually explicit" material. (There was no graphic, violent, sexual, or sexually explicit material of any kind in the film.) Other Meta messages said that a post was removed because it was "apparently trying to get likes,

comments, or follows in a misleading way'" For some users, the film simply would not upload for "technical reasons," even on full speed WIFI, or tellingly, even when that same user could upload other videos of larger file-size.

10. On some Meta users' pages, a COVID warning was displayed on the thumbnail image on the blocked film, suggesting that the film contained false or misleading COVID-related information. But that isn't remotely true. In fact the film makes almost no references to COVID at all.

11. Then, Meta told us that there was or had been a "technical glitch" in their system, but assured us that they had resolved so that people could post the film. This seemed to resolve technical issues with posting the film to some extent, but people were and are still being shadow-banned when they try to share the film–which we saw by comparing engagement on the post with the film versus other non-Kennedy related content.

**Meta's Censorship of Our Attempts to Document Meta's Censorship**

12. It soon became very clear to us that engagement with users' feeds on Meta's platforms was significantly lower for any content they posted about Mr. Kennedy. Many supporters emailed us saying their friends could not find the film in their feed.

13. We continued to receive shadow-banning and censorship examples, so in efforts to more systematically track what Meta was doing to our supporters, the campaign created an email inbox censorship@teamkennedy.com, where we asked supporters to send screenshots of issues they were encountering with Meta.

14. We were receiving dozens of emails per day for several weeks, which then began to slow as we had not publicized that censorship email for a while, but other events came to the fore, which led us to publicize the censorship email again so supporters could send us more screenshots of what they were experiencing, after the lawsuit had been filed.

15. Because we were getting more and more emailed screenshots and testimonies of censorship, the campaign's digital team decided to create a website called Kennedycensored.com to create a streamlined, organized way for us to collect these examples, and allow people to submit their stories and screenshots and see what others are experiencing. This site not only allows us to collect evidence, but also gives people a way to see that they are not alone in being censored by Meta.

**Meta's Interference with #letbobbydebate and Meta's Retaliation**

16. Then, we began receiving reports of people who were posting online to register their discontent over Mr. Kennedy's exclusion from the CNN debate stage getting censored on Meta. Most commonly, their comments with the hashtag #letbobbydebate were being removed for purportedly "violating community standards" or for "trying to get likes, comments, or follows in a misleading way."

17. We then asked our supporters to use this hashtag #letbobbydebate, and if they were censored, to send the example (screenshot) to censorship@teamkennedy.com. In response to our outreach, we received many reports of people getting their posts, comments, and stories removed–or having them fail to upload in the first place.

18. Some people's Facebook and Instagram accounts were temporarily disabled following a post with the film, the #letBobbydebate hashtag, or any other campaign content. These incidents included suspension or disabling not just of individual supporters' accounts, but also affected staff members' accounts, and Kennedy 24 grassroots' pages which are distinct accounts run by our dedicated volunteers and supporters.

19. For example, the Kennedy Santa Barbara Facebook page has been taken down multiple times, which not only prohibits people from seeing the campaign's message, it blocks organizers from sharing information about community events, canvassing efforts, parades, and other campaign initiatives that are not only legal, but essential methods of organizing peaceful support or advocacy for Mr. Kennedy's candidacy. Volunteer and grassroots initiatives are a key aspect of every successful campaign, dating back to the beginning of elections in the United States. Preventing people from organizing this volunteer movement is preventing campaigning.

20. Leading up to the CNN debate on June 27, many supporters and volunteers were disappointed by Mr. Kennedy's exclusion from the debate stage which the FEC had indicated was violating campaign finance laws. Many shared their feelings about this by commenting on Facebook and Instagram, only to get their comments removed.

21. On June 27, Mr. Kennedy participated in an online campaign event called the "Real Debate," in which Mr. Kennedy answered in real time the debate questions put to candidates Joe Biden and Donal Trump. The Real Debate was aired on X (formerly known as Twitter), and millions of people viewed it there. But when people started

posting links on Facebook and Instagram to Mr. Kennedy's X account in order to share the "Real Debate" livestream (or, later, the video of that event), those links were blocked, preventing millions more people from seeing Mr. Kennedy speak at the Real Debate. And when Mr. Kennedy recorded other videos talking about being excluded from the debate and why CNN's decision was so significant, supporters and volunteers were banned by Meta from posting those links to Bobby's account.

22. Meta's purported "reasons" commonly included "trying to get likes, comments, follows, and views in a misleading way", and "violating community standards" for a variety of reasons that did not make sense. For example, one such "reason" said that the user was "forcing people to like something in order to click on an external link." But we had not done that; we did not force anyone to like anything in order to click on an external link. Instead, Meta had simply banned the links from being posted.

### Summary of Screenshots Demonstrating Meta's Actions

23. I have reviewed the screenshots and testimonies we have received from campaign supporters since early May, 2024, and can summarize these as follows: Many posts have been removed for comments promoting Bobby's candidacy generally and urging others to vote for Bobby. Comments such as "Kennedy all the way!" "VOTE KENNEDY," and "Time to add Kennedy to the mix". Comments about Mr. Kennedy's housing policy, or "checkout Kennedy's policy page on his website" were removed. Meta removed posts and comments with links to "The Real Debate" in which Mr. Kennedy answered the same questions as Biden and Trump, both before, during and after (recorded version). A user's account was restricted for an hour after an attempt to post a link to a petition for the inclusion of Mr. Kennedy and all third-party candidates in presidential elections. As discussed, posts and comments with hashtags #letbobbydebate and #boycottCNN were widely removed from Meta's platforms.

24. My review of the screenshots revealed that Meta also removes link to news coverage of a RFK, Jr. Debate Rally in Miami, Florida, and removes links to other campaign events protesting the CNN debate. Users were unable to mark "Going" or "Interested" on The Real Debate Watch Party pages. Links to Mr. Kennedy's page on X were removed, as were posts with Mr. Kennedy's closing remarks on the Trump/Biden debate. Posting

links to other websites about Kennedy, such as www.kennedydebunked.com (where rebuttal to major news outlet content is posted), and even to www.kennedycensored.com (soliciting instances of censorship) were blocked. Links to 'The Kennedy Beacon' Substack, an issues-oriented newsletter, were also blocked. Even private messages between willing Instagram users containing links to "RFK, Jr.," "Bobby," or "Kennedy" were also blocked. Censorship of all these kinds continues to this day.

25. Meta's AI chatbot provides inaccurate information in response to queries on Meta's portal, *e.g.*, "Robert F Kennedy jr. has not announced his candidacy for president." "As for the current political landscape, there are no Kennedys currently running for president in the 2024 elections."

26. In the last two months, the number of people contacting the campaign sharing their problems with posting about Mr. Kennedy on Facebook and Instagram has increased markedly. There is no clear pattern in the type of censorship or the reason given. Posts that have no violent or graphic content of any kind are being removed for violating community standards for violent and graphic content, or for "trying to get likes in a misleading way." Other similar content just will not upload, and the loading wheel persists endlessly. Some content is removed for no specific reason at all.

27. The people reporting these things have not reported censorship of anything other than their posts about Mr. Kennedy or their posts linking to Mr. Kennedy's speeches and other campaign events. Many of the people getting censored for posting Mr. Kennedy's content had not been censored for any other reason in the past.

**The Negative Effect of Shadow-Banning on Our Campaign**

28. The shadow-banning instances are especially damaging to a grass-roots political campaign because there are no alarm bells/indications whatsoever of the shadow-banning. People simply post and believe it got through to their followers or friends or family (the people intended to see them), but they do not. Unless you are a regular social media user with knowledge of how many likes and comments you usually get, you might not notice this–people just will not see your post.

29. Furthermore, shadow-banning is detrimental to our campaign as it limits the amount of people who get to hear Mr. Kennedy's message in organic posts. If someone normally

gets 10,000 views on a post, and only gets 10 or sometimes, no views on a post, that is 10,000 less people Mr. Kennedy's message will normally reach.

30. While shadow-banning is harder to document, we have at least a dozen supporters willing to sign an affidavit about what happened to them, showing examples of their typical average engagement on posts versus what they experience when they post about Bobby and his campaign.

31. I personally notice that when I post personal content to my Instagram stories, I have at least 500 views. When I post campaign content, often I get less than 200 views.

32. Beyond the two prominent examples that we collected of instances of censorship and shadow-banning from our staff, supporters, and volunteers, people's comments about Mr. Kennedy have been taken down on Instagram and Facebook. We often see examples of people's comments being taken down about Mr. Kennedy being an environmentalist, someone who cares for the people, and other factual statements about who Mr. Kennedy is and what he has done in his life or his career.

33. Also, I have specific information that an independent website Kennedydebunked.com is frequently censored on Meta. This site is run by a supporter who takes statements that are deemed "misinformation" by mainstream media, and "debunks" these allegations and fact-checks. When people share this link on Instagram and Facebook, they are blocked, Meta cites "violating community standards" as the reason, or sometimes does not give a reason at all. But there is nothing on Kennedydebunked.com that violates or could possibly be said to violate Meta's community standards.

34. One of the most saddening things to me was a supporter who posted the link to Mr. Kennedy's closing statement during The Real Debate, saying "RFK Jr.'s closing statement. Turns out he did not need to be on the same stage to win." That post was blocked. So many people who commented or posted about Mr. Kennedy's debate answers had their posts removed.

35. It is deeply concerning to me that people's comments are removed when they plead with a mainstream, trusted media source like CNN to let a candidate on the debate stage. It is concerning to me that people who want to tell their friends about why they support Mr. Kennedy are shadow-banned, many who will probably never even notice.

36. The campaign does not have large corporations backing us. Most of our donations are people giving $10 to a political candidate for the first time ever. We are instilling hope in millions of Americans, and our backbone is our supporters and volunteers who work tirelessly to spread Mr. Kennedy's message on how he will make life affordable for hardworking people. We cannot allow these people to be silenced by one corporation.

37. Here is a link to a true and correct version of "Who is Bobby Kennedy": www.whoisbobbykennedy.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Los Angeles, California

July 31, 2024.

_____
Brigid Rasmussen