# EXHIBIT A

**FEC FORM 1**

# STATEMENT OF ORGANIZATION

Office Use Only

`12FE4M5`

**1. NAME OF COMMITTEE (in full)**    ☐ (Check if name is changed)    Example: If typing, type over the lines.

Team Kennedy

**ADDRESS (number and street)**    ☐ (Check if address is changed)

PO Box 147

| South Walpole | MA | 02071-0147 |
|---|---|---|
| CITY ▲ | STATE ▲ | ZIP CODE ▲ |

**COMMITTEE'S E-MAIL ADDRESS**    ☐ (Check if address is changed)

compliance@vlpc.com

Optional Second E-Mail Address: Ellie@teamkennedy.com

**COMMITTEE'S WEB PAGE ADDRESS (URL)**    ☐ (Check if address is changed)

https://www.kennedy24.com/

**2. DATE**  MM 07 / DD 23 / YYYY 2024

**3. FEC IDENTIFICATION NUMBER ▶**  C C00836916

**4. IS THIS STATEMENT**  ☐ NEW (N)  **OR**  ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Cox, Ellie, , ,

Signature of Treasurer: Cox, Ellie, , ,    Date: 07 / 23 / 2024

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109. ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

5.  TYPE OF COMMITTEE:

    **Candidate Committee:**

    (a) ☒ This committee is a principal campaign committee. (Complete the candidate information below.)

    (b) ☐ This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

    | Name of Candidate | Kennedy, Robert, F. Jr., Shanahan, Nicole, , , |
    |---|---|

    | Candidate Party Affiliation | IND | Office Sought: | ☐ House | ☐ Senate | ☒ President | State | ZZ |
    |---|---|---|---|---|---|---|---|
    | | | | | | | District | 00 |

    (c) ☐ This committee supports/opposes only one candidate, and is NOT an authorized committee.

    Name of Candidate

    **Party Committee:**

    (d) ☐ This committee is a ____ (National, State or subordinate) committee of the ____ (Democratic, Republican, etc.) Party

    **Political Action Committee (PAC):**

    (e) ☐ This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

    ☐ Corporation           ☐ Corporation w/o Capital Stock      ☐ Labor Organization
    ☐ Membership Organization   ☐ Trade Association              ☐ Cooperative

    ☐ In addition, this committee is a Lobbyist/Registrant PAC.

    (f) ☐ This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

    ☐ In addition, this committee is a Lobbyist/Registrant PAC.

    ☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

    (g) ☐ This committee is an independent expenditure-only political committee (Super PAC).

    ☐ In addition, this committee is a Lobbyist/Registrant PAC.

    (h) ☐ This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

    ☐ In addition, this committee is a Lobbyist/Registrant PAC.

    **Joint Fundraising Representative:**

    (i) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

    (j) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

    Committees Participating in Joint Fundraiser

    1. _____    C_____
    2. _____    C_____

FEC **Form 1** (Revised 02/2009) Page **3**

Write or Type Committee Name

**Team Kennedy**

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

Kennedy Victory Fund 2024

Mailing Address: PO Box 147
City: South Walpole
State: MA
ZIP Code: 02071-0147

Relationship: ☐ Connected Organization  ☐ Affiliated Organization  ☒ Joint Fundraising Representative  ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name: Lowey, Keith, D, ,
Mailing Address: 124 Washington St, Ste 101
City: Foxboro
State: MA
ZIP Code: 02035-1368
Title or Position: Custodian of Records
Telephone number: 508-543-1720

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name of Treasurer: Cox, Ellie, , ,
Mailing Address: PO Box 147
City: South Walpole
State: MA
ZIP Code: 02071-0147
Title or Position: Treasurer
Telephone number:

FEC **Form 1** (Revised 02/2009) Page **4**

Full Name of Designated Agent

Mailing Address

CITY ▲   STATE ▲   ZIP CODE ▲

Title or Position ▼

Telephone number

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Capital Bank of Maryland

Mailing Address

2275 Research Blvd

Ste 600

Rockville   MD   20850

CITY ▲   STATE ▲   ZIP CODE ▲

Name of Bank, Depository, etc.

Amalgamated Bank

Mailing Address

275 Seventh Ave

New York   NY   10001

CITY ▲   STATE ▲   ZIP CODE ▲