RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 5 2024

DANIEL J. McCOY, CLERK
BY: AM

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 06, 2024

Mr. Jon F. Turpin
2421 S. Plum Street
Yorktown, IN 47396

    No. 24-30463    Kennedy v. Biden
                          USDC No. 3:22-CV-1213
                          USDC No. 2:23-CV-381

Dear Mr. Turpin,

We received your motion to reconsider. We are taking no action on this motion.

Address the enclosed to the Clerk of the U.S. District Court.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Roeshawn Johnson, Deputy Clerk
                                      504-310-7998

cc:   Mr. Glynn Shelly Maturin II

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 1 5 2024

DANIEL J. McCOY, CLERK
BY: AM
LYLE W. CAYCE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 08, 2024

Mr. Jon F. Turpin
2421 S. Plum Street
Yorktown, IN 47396

  No. 24-30463  Kennedy v. Biden
          USDC No. 3:22-CV-1213
          USDC No. 2:23-CV-381

Dear Mr. Turpin,

We received your motion to supplement the motion to reconsider.

We are taking no action on this motion.

Address the your motion and 761 page attachment to the Clerk of the U.S. District Court.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Roeshawn Johnson, Deputy Clerk
          504-310-7998

cc: Mr. Glynn Shelly Maturin II