Mailing label / USPS Priority Mail Express envelope:

FROM:
JOE F. "D." TURPIN
2241 SOUTH PLUM STREET
YORKTOWN, IN 47396
PHONE (225) 254-6270

TO:
HON. CLERK OF COURTS
C: HON. TERRY A. DOUGHTY
201 JACKSON STREET, SUITE 215
MONROE, LA 71201
PHONE (318) 322-6740

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
AUG 15 2024
BY: _____, CLERK

U.S. POSTAGE PAID
PME
ANDERSON, IN 46011
AUG 14, 2024
$125.10
R2304M110997-55

EI 547 048 795 US

Date Accepted: 8/14/24
Time Accepted: 2:37 PM
Weight: 12 lbs
Scheduled Delivery Date: 8/16/24
Postage: $125.10

Label tracking: IND → FXH SHV MXD
08/14/24