UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT F KENNEDY JR ET AL**          CASE NO.  3:23-CV-00381

**VERSUS**                              JUDGE DOUGHTY

**JOSEPH R BIDEN JR ET AL**            MAG. JUDGE MCCLUSKY

## MEMORANDUM ORDER

Pending before the Court is a Motion to Intervene (R. Doc. 58) filed by Steven E. Greer ("Greer").  We have denied intervention to Greer twice before.  R. Doc. 42; R. Doc. 49.  His new motion provides no legal justification to depart from that result.  *See* R. Doc. 58.  And so it remains that Amazon is not a defendant in this action, nor Greer a plaintiff.

Accordingly,

**IT IS ORDERED** that Greer's successive Motion to Intervene is **DENIED** for the reasons stated in the Court's previous orders (R. Doc. 42; R. Doc. 49).[1]

**MONROE, LOUISIANA**, this 20th day of November, 2024.

_____
Terry A. Doughty
United States District Judge

---

[1] We suggest that Greer consult with his "lawyers with experience suing the deep state" regarding the effect of this Order, along with the potential consequences (including sanctions) of filing successive motions.  R. Doc. 58 at 2.