# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

Mr. Daniel J. McCoy
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

  No. 24-30463  Kennedy v. Biden
          USDC No. 3:22-CV-1213
          USDC No. 3:23-CV-381

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Shea E. Pertuit, Deputy Clerk
            504-310-7666

cc w/encl:
  Mr. Glynn Shelly Maturin II
  Mr. Jon F. Turpin

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2025
Lyle W. Cayce
Clerk

No. 24-30463

STATE OF MISSOURI,

*Plaintiff,*

*versus*

JOSEPH R. BIDEN, JR.

*Defendant,*

---

ROBERT F. KENNEDY, ; CHILDRENS HEALTH DEFENSE; CONNIE SAMPOGNARO,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR.,

*Defendant,*

JON F. TURPIN, *also known as* JON F. D. TURPIN,

*Movant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:22-CV-1213
USDC No. 3:23-CV-381

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 21, 2025, for want of prosecution. The appellant failed to timely file an appellant's brief.

The brief also remains insufficient as noted in this court's letter dated November 14, 2024. If appellant moves to reopen the appeal, a sufficient brief must accompany any motion to reopen this appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT