# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ROBERT F KENNEDY JR ET AL** | **CASE NO.  3:23-CV-00381** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JOSEPH R BIDEN JR ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Considering Plaintiffs' Motion to Drop a Party (R. Doc. 72),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Robert F. Kennedy, Jr. is **DISMISSED** as a party from this case.

**MONROE, LOUISIANA,** this 19th day of February, 2025.

_____
Terry A. Doughty
United States District Judge