No. 23-cv-0381

═══════════════════════════════════════════════

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

─────────────────────────────────────────

CHILDREN'S HEALTH DEFENSE, et al.,
*Plaintiffs*,
v.
DONALD J. TRUMP, et al.,
*Defendants*.

─────────────────────────────────────────

*having been consolidated with No. 22-cv-01213*

STATE OF MISSOURI, et al.,
*Plaintiffs*,
v.
DONALD J. TRUMP, et al.,
*Defendants*.

─────────────────────────────────────────

*KENNEDY* **PLAINTIFFS'
NOTICE OF WITHDRAWL OF STIPULATION OF DISMISSAL**

─────────────────────────────────────────

**G. SHELLY MATURIN, II**          **JED RUBENFELD**
**La. Bar # 26994**               **NY Bar # 2214104**
**Welborn & Hargett, LLC**         **pro hac vice**
**1031 Camellia Blvd.**            **1031 Forest Rd.**
**Lafayette, LA 70508**            **New Haven, CT 06515**
**Tel: 337-234-5533**             **Tel.: 203-432-8715**
**shelly@wandhlawfirm.com**        **jed.rubenfeld@yale.edu**

**Attorneys for Plaintiffs**

NOW INTO COURT, through undersigned counsel come Plaintiffs, Children's Health Defense and Connie Sampognaro, who hereby withdraw the Stipulation of Dismissal with attached Exhibit A filed earlier today in the instant matter (ECF No. 89 and ECF 89-1).   A new, Joint Stipulation of Dismissal will be filed later today.

DATED: March 30, 2026

Respectfully Submitted,


/s/ G. Shelly Maturin, II__
JASON M. WELBORN (#26548)
JACOB H. HARGETT (#32490)
G. SHELLY MATURIN, II (#26994)
Welborn & Hargett, LLC
1031 Camellia Blvd.
Lafayette, LA 70508
Telephone: 337-234-5533
E-mail: shelly@wandhlawfirm.com

JED RUBENFELD
(NY Bar # 2214104)
(*pro hac vice*)
1031 Forest Road
New Haven CT 06515
Telephone: 203-432-7631
E-mail: jed.rubenfeld@yale.edu

Attorneys for Plaintiffs

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2026, the above Notice of Withdrawl of Stipulation of Dismissal was filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

Dated: March 30, 2026

Respectfully submitted:

WELBORN & HARGETT, LLC

BY: */s/G. Shelly Maturin, II*
JASON M. WELBORN (#26548)
JACOB H. HARGETT (#32490)
G. SHELLY MATURIN, II (#26994)
1031 Camellia Blvd
Lafayette, LA 70508
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
jason@wandhlawfirm.com
jacob@wandhlawfirm.com
shelly@wandhlawfirm.com

2