**No. 23-cv-0381**

═══════════════════════════════════════════════

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

_____

CHILDREN'S HEALTH DEFENSE, et al.,
*Plaintiffs*,
v.
DONALD J. TRUMP, et al.,
*Defendants*.

_____

*having been consolidated with No. 22-cv-01213*
STATE OF MISSOURI, et al.,
*Plaintiffs*,
v.
DONALD J. TRUMP, et al.,
*Defendants*.

_____

**PARTIES' JOINT STIPULATION OF DISMISSAL**

_____

**G. SHELLY MATURIN, II**          **JED RUBENFELD**
**La. Bar # 26994**                **NY Bar # 2214104**
**Welborn & Hargett, LLC**         **pro hac vice**
**1031 Camellia Blvd.**            **1031 Forest Rd.**
**Lafayette, LA 70508**            **New Haven, CT 06515**
**Tel: 337-234-5533**              **Tel.: 203-432-8715**
**shelly@wandhlawfirm.com**        **jed.rubenfeld@yale.edu**

**Attorneys for Plaintiffs**

On July 24, 2023, the above-captioned case, now called *Children's Health Defense v. Trump*, No. 23-cv-381, was "consolidated for all purposes" with case No. 22-cv-01213, now called *Missouri v. Trump*. (ECF No. 27.) On March 25, 2026, this Court entered a consent decree in *Missouri v. Trump*. (ECF No. 478.) Now, pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the parties to No. 23-cv-381, *Children's Health Defense v. Trump*, hereby stipulate to dismissal with prejudice. The consent decree applies only to case No. 22-cv-01213, and this dismissal applies only to case No. 23-cv-381.

DATED: March 30, 2026

Respectfully Submitted,


/s/ G. Shelly Maturin, II
JASON M. WELBORN (#26548)
JACOB H. HARGETT (#32490)
G. SHELLY MATURIN, II (#26994)
Welborn & Hargett, LLC
1031 Camellia Blvd.
Lafayette, LA 70508
Telephone: 337-234-5533
E-mail: shelly@wandhlawfirm.com

JED RUBENFELD
(NY Bar # 2214104)
(*pro hac vice*)
1031 Forest Road
New Haven CT 06515
Telephone: 203-432-7631
E-mail: jed.rubenfeld@yale.edu

Attorneys for Plaintiffs

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

/s/ Joseph E. Borson
JOSEPH E. BORSON (Va. Bar No. 85519)

1

Assistant Director, Federal Programs Branch
ALEXANDER W. RESAR (N.Y. Bar No. 5636337)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington D.C. 20005
Tel: (202) 514-1944
Joseph.Borson@usdoj.gov
Attorneys for Defendants

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2026, the above Stipulation of Dismissal was filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

Dated: March 30, 2026

Respectfully submitted:

WELBORN & HARGETT, LLC

BY:  */s/G. Shelly Maturin, II*
JASON M. WELBORN (#26548)
JACOB H. HARGETT (#32490)
G. SHELLY MATURIN, II (#26994)
1031 Camellia Blvd
Lafayette, LA 70508
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
jason@wandhlawfirm.com
jacob@wandhlawfirm.com
shelly@wandhlawfirm.com

3